**KATTEN MUCHIN ROSENMAN LLP**
Michael M. Rosensaft, Esq. (NJ Bar No. 236732017)
Steven J. Reisman, Esq.
Cindi M. Giglio, Esq. (*pro hac vice pending*)
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
(212) 940-8776
michael.rosensaft@katten.com

*Attorneys for Gordon Brothers*
*Retail Partners LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, LLC, *et al.,* | Case No. 23-13131 (CMG) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-referenced chapter 11 cases on behalf of Gordon Brothers Retail Partners LLC ("Gordon Brothers") and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and email addresses, and further requests to be added to the master service list established in this case:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

Michael M. Rosensaft, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-6631
Email: michael.rosensaft@katten.com

- and -

Steven J. Reisman, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: sreisman@katten.com

- and -

Cindi M. Giglio, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-3828
Email: cgiglio@katten.com

**PLEASE TAKE FURTHER NOTICE** that that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States overnight or electronic mail, facsimile, courier, telephone, otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered

only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:    April 17, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Michael M. Rosensaft*
Michael M. Rosensaft (NJ Bar No. 236732017)
Steven J. Reisman
Cindi M. Giglio (*pro hac vice* admission pending)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
E-mail:   michael.rosensaft@katten.com
              cgiglio@katten.com
              sreisman@katten.com