| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Margaret A. Vesper, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail:heilmanl@ballardspahr.com<br>        roglenl@ballardspahr.com<br>        vesperm@ballardspahr.com<br><br>*Counsel for Brixmor Operating Partnership LP and Federal Realty OP LP* | |
| In Re:<br><br>DAVID'S BRIDAL, LLC, *et al.*[1]<br><br>        Debtor. | Case No.: 23-13131 (CMG)<br><br>Chapter 11<br><br>Judge Christine M. Gravelle<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Brixmor Operating Partnership LP and Federal Realty OP LP. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

    Leslie C. Heilman, Esquire
    Laurel D. Roglen, Esquire
    Margaret A. Vesper, Esquire
    BALLARD SPAHR LLP

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

DOCUMENTS:

 x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

 x    All documents and pleadings of any nature.

Date: April 17, 2023                                  Respectfully Submitted,

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, Esquire
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
E-mail:heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

*Counsel for Brixmor Operating Partnership LP and Federal Realty OP LP*