| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Felice R. Yudkin, Esq.<br>fyudkin@coleschotz.com<br>Jacob S. Frumkin, Esq.<br>jfrumkin@coleschotz.com<br><br>*Counsel to Debtors* | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>(212) 446-4900 Facsimile<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>joshua.sussberg@kirkland.com<br>Christopher T. Greco, P.C. (admitted *pro hac vice*)<br>christopher.greco@kirkland.com<br>Rachael M. Bentley (admitted *pro hac vice*)<br>rachael.bentley@kirkland.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>(312) 862-2000<br>(312) 862-2200 Facsimile<br>Alexandra Schwarzman, P.C. (admitted *pro hac vice*)<br>alexandra.schwarzman@kirkland.com<br><br>*Counsel to Debtors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, LLC, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13131 (CMG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARINGS**
**ON JUNE 27, 2023 AT 11:00 A.M. (EASTERN TIME)**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

1

> **PLEASE TAKE NOTICE THAT THIS HEARING WILL BE HELD VIRTUALLY.**
>
> **PARTIES INTENDING TO APPEAR VIRTUALLY AND PRESENT ARGUMENT MUST REGISTER AND FOLLOW THE COURT'S ZOOM APPEARANCE GUIDELINES FOUND HERE: https://www.njb.uscourts.gov/DavidsBridal.**
>
> **PARTIES INTENDING TO APPEAR WITH "LISTEN-ONLY" ACCESS CAN ATTEND FOLLOWING THE INSTRUCTIONS IN THE LINK PROVIDED ON THE COURT'S WEBSITE.**

## I. MATTERS GOING FORWARD

1. Status Conference

2. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 478]

   A. Related Documents

      - Declaration of James Marcum, Chief Executive Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 21]

      - Application for Order Shortening Time for Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 479]

      - Order Granting Application for Order Shortening Time for Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 480]

   **Status:** This matter is going forward with permission of the Court.

3. Debtors' Motion for Entry of an Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief [Docket No. 373]

   A. Related Documents

- Declaration of James Marcum, Chief Executive Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 21]

- Notice of (I) Extension of Deadlines Set Forth in the Bidding Procedures Order, (II) Adjournment of Sale Hearing and (III) Adjournment of the Final Hearing on the Store Closing Motion [Docket No. 410]

**Status:** **This matter is going forward with permission of the Court.**

## II. ADJOURNED MATTERS

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief [Docket No. 18]

    A. Related Documents

    - Declaration of James Marcum, Chief Executive Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 21]

    - Declaration of David Braun in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief [Docket No. 194]

    - Interim Order (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief [Docket No. 67]

    - Notice of (I) Extension of Deadlines Set Forth in the Bidding Procedures Order, (II) Adjournment of Sale Hearing and (III) Adjournment of the Final Hearing on the Store Closing Motion [Docket No. 410]

    B. Responses/Objections

    - Limited Joint Objection of the Texas Taxing Authorities to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement

      Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief [Docket No. 203]

- Limited Objection of Freehold Investments, LLC (Successor in Interest to Donald S. Schlenger Family Freehold Trust) to Debtors': Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief; and Motion for Entry of Orders (I)(A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (II)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts [Docket No. 204]

- Limited Objection to Debtors' Inventory Sale Motion (Docket No. 18) and Lease Assumption Motion (Docket No. 19) Filed on Behalf of 10345 Magnolia Ave LLC [Docket No. 212]

- Objection of the United States Trustee to Debtors' Motion for the Entry of a Final Order (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement Related to the Sale of Inventory, (II) Approving Procedures for the Sale of Inventory, (III) Approving Modifications to Certain Customer Programs, and (IV) Granting Related Relief [Docket No. 227]

    **Status:**     This matter will be adjourned to a date to be determined.

2. Sale Hearing pursuant to the Order (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases

    A. <u>Related Documents</u>

- Order (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases [Docket No. 72]

- Notice of (I) Extension of Deadlines Set Forth in the Bidding Procedures Order, (II) Adjournment of Sale Hearing and (III) Adjournment of the Final Hearing on the Store Closing Motion [Docket No. 410]

- Notice of Further Extension of Deadlines Set Forth in the Bidding Procedures Order [Docket No. 457]

- Notice of Third Extension of Deadlines Set Forth in the Bidding Procedures Order [Docket No. 476]

- Notice of Fourth Extension of Deadlines Set Forth in the Bidding Procedures Order [Docket No. 484]

B. Responses/Objections

- Objection of Acadia Merrillville Realty, ARC CTCHRNC001, LLC, ARC SSDLLA001, LLC, ARCP MT Lafayette IN, LLC, ARCP MT Springfield IL, LLC, Brixmor Operating Partnership L.P., Fairlawn 35 L.P., Federal Realty OP LP, FR Pembroke Gardens, LLC, Henry Real Estate, L.P., MT San Antonio I, LLC, R46 Realty Associates, L.P., SCG Pinole Valley Shopping Center LLC, SM Eastland Mall, LLC, and UE Mundy Street LP (1) Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (II) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts and (2) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 358]

- Objection to Assumption of Debtors' Unexpired Lease with CPT Arlington Highlands 1, LP [Docket No. 364]

- Joinder of Solar Holdings, LLC in Objection of Acadia Merrillville Realty, ARC CTCHRNC001, LLC, ARC SSDLLA001, LLC, ARCP MT Lafayette IN, LLC, ARCP MT Springfield IL, LLC, Brixmor Operating Partnership L.P., Fairlawn 35 L.P., Federal Realty OP LP, FR Pembroke Gardens, LLC, Henry Real Estate, L.P., MT San Antonio I, LLC, R46 Realty Associates, L.P., SCG Pinole Valley Shopping Center LLC, SM Eastland Mall, LLC, and UE Mundy Street LP (1) Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing,

(D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (II) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts and (2) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 429]

**Status:** **This matter will be adjourned to a date to be determined.**

4. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 216]

   A. Related Documents

   - Order (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form of Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases [Docket No. 72]

   B. Responses/Objections

   - Response of Leading Edje LLLC And One Edje LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 248]

   - Objection of Cigna Health and Life Insurance Company to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 249]

   - Objection of IRC Woodfield Plaza, L.L.C., and G&I X Centerpoint LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 250]

   - CBL & Associates Management, Inc.'s Limited Objection to Debtors' State Cure Amounts [Docket No. 268]

   - Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases, Potential Assumption and Assignment of Lease, and Reservation of Rights [Docket No. 287]

   - Objection of HC Atlantic Development LP to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 290]

- Objection to Debtors' Notice to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 291]

- Limited Objection and Reservation of Rights of Levin Properties, L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 293]

- BMLS Investments, Inc's Limited Objection to Debtors' Stated Cure Amounts [Docket No. 303]

- Objection of Seritage SRC Finance LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 304]

- Winrock Partners, LLC's Limited Objection to Debtors' Stated Cure Amounts [Docket No. 305]

- Objection and Reservation of Rights of WPG Legacy, LLC to the (I) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and (II) Proposed Sale of Substantially all of the Debtors' Assets [Docket No. 309]

- Objection of Freehold Investments, LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 311]

- Fayette Town Center, LLC's Limited Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 322]

- Objection of RPT Realty, L.P., Inland Commercial Real Estate Services LLC, and DLC Management Corp. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 324]

- Objection to Cure Payment Identified in Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 327]

- Limited Objection and Reservation of Rights to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 328]

- Limited Objection of Certain Landlords to Cure Amounts and Proposed Assumption of Leases [Docket No. 329]

- Limited Objection and Reservation of Rights of Spirit Master Funding IV, LLC and Spirit MT Topeka KS, LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 330]

- Limited Objection of FacilitySource LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 331]

- Limited Objection and Reservation of Rights of Google LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 332]

- Limited Objection and Reservation of Rights of Peoria Rental Properties, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 333]

- Limited Objection of Microsoft to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 336]

- Objection of Manana-CDIT, LLC to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 343]

- Objection of GRI Keizer, LLC to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 346]

- Limited Objection and Reservation of Rights of DeRito Talking Stick South, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 348]

- Objection of SCG-Airport, LLC, SCGX-Capital Commons, LLC, and Hendon FGV Center, LLC to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 349]

- Objection of Northway Mall Properties Sub, LLC to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 352]

- Post Hill Limited Partnership's Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [ECF 216] [Docket No. 353]

- Objection of Easton Gateway, LLC to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 356]

- Objection of CFC Phase II LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 357]

- Objection of Acadia Merrillville Realty, ARC CTCHRNC001, LLC, ARC SSDLLA001, LLC, ARCP MT Lafayette IN, LLC, ARCP MT Springfield IL, LLC, Brixmor Operating Partnership L.P., Fairlawn 35 L.P., Federal Realty OP LP, FR Pembroke Gardens, LLC, Henry Real Estate, L.P., MT San Antonio I, LLC, R46 Realty Associates, L.P., SCG Pinole Valley Shopping Center LLC, SM Eastland Mall, LLC, and UE Mundy Street LP to (1) Debtors' Motion for entry of Orders (I)(A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form of Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (II) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts and (2) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 358]

- Objection by Market Town Center Owner LLC to Debtors' Proposed Cure Amount [Docket No. 359]

- Limited Objection of Preston Valley View, Ltd. And Vista Property Co. to Proposed Cure Amount Under Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 216] [Docket No. 360]

- Objection of Something Borrowed Blooms, Inc. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 362]

- Limited Objection of Landlord, Cava Investments, LLC to Cure Amounts [Docket No. 363]

- Objection to Assumption of Debtors' Unexpired Lease with CPT Arlington Highlands 1, LP [Docket No. 364]

- Limited Objection to Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases (Docket No. 216) Filed on Behalf of 10345 Magnolia Ave LLC [Docket No. 365]

- United Hampshire US Reit Management Pte Ltd.'s Objection to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 413]

- Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases, Potential Assumption and Assignment of Lease, and Reservation of Rights [Docket No. 415]

- Limited Objection and Reservation of Rights of FPIP I, LTD. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 418]

- Limited Objection and Reservation of Rights of Elavon, Inc. to the Proposed Sale of Substantially all of the Debtors' Assets and the Related Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No 419]

- Limited Objection and Reservation of Rights of FPIP I, LTD. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 422]

- 4545 Kennedy LLC's Limited Objection to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 428]

- Joinder of Solar Holdings, LLC in Objection of Acadia Merrillville Realty, ARC CTCHRNC001, LLC, ARC SSDLLA001, LLC, ARCP MT Lafayette IN, LLC, ARCP MT Springfield IL, LLC, Brixmor Operating Partnership L.P., Fairlawn 35 L.P., Federal Realty OP LP, FR Pembroke Gardens, LLC, Henry Real Estate, L.P., MT San Antonio I, LLC, R46 Realty Associates, L.P., SCG Pinole Valley Shopping Center LLC, SM Eastland Mall, LLC, and UE Mundy Street LP to (1) Debtors' Motion for entry of Orders (I)(A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form of Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases and (II) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of the Assumed Contracts and (2) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 429]

**Status:** This matter will be adjourned to a date to be determined.

DATED: June 26, 2023          Respectfully submitted,

**COLE SCHOTZ P.C.**

By:   /s/*Michael D. Sirota*
      Michael D. Sirota, Esq.
      Felice R. Yudkin, Esq.
      Jacob S. Frumkin, Esq.
      Court Plaza North
      25 Main Street
      Hackensack, NJ 07601
      (201) 489-3000
      (201) 489-1536 Facsimile
      Email: msirota@coleschotz.com
             fyudkin@coleschotz.com
             jfrumkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
      Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
      Christopher T. Greco, P.C. (admitted *pro hac vice*)
      Rachael M. Bentley (admitted *pro hac vice*)
      601 Lexington Avenue
      New York, New York 10022
      (212) 446-4800
      (212) 446-4900 Facsimile
      Email: joshua.sussberg@kirkland.com
             christopher.greco@kirkland.com
             rachael.bentley@kirkland.com

-and-
      Alexandra Schwarzman, P.C. (admitted *pro hac vice*)
      300 North LaSalle Street
      Chicago, Illinois 60654
      (312) 862-2000
      (312) 862-2200 Facsimile
      Email: alexandra.schwarzman@kirkland.com

*Counsel to Debtors*