**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Felice R. Yudkin, Esq.
fyudkin@coleschotz.com
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com

*Counsel to Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
(212) 446-4900 Facsimile
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
joshua.sussberg@kirkland.com
Christopher T. Greco, P.C. (admitted *pro hac vice*)
christopher.greco@kirkland.com
Rachael M. Bentley (admitted *pro hac vice*)
Rachael.bentley@kirkland.com
-and-
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
(312) 862-2200 Facsimile
Alexandra Schwarzman, P.C. (admitted *pro hac vice*)
alexandra.schwarzman@kirkland.com

*Counsel to Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, LLC, *et al.,* | Case No. 23-13131 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER**

    **PLEASE TAKE NOTICE** that on April 19, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (A) Approving Bidding Procedures and Bid Protections, (B) Approving the Form of Asset Purchase Agreement, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

*Notice and Procedures for the Assumption and Assignment of Contracts and Leases* [Docket No. 72] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, the Debtors filed the *Notice of Eighth Extension of Deadlines Set Forth In the Bidding Procedures Order* [Docket No. 531] (the "Extension Notice").

**PLEASE TAKE FURTHER NOTICE** that on July 5, 2023, the Debtors filed the *Notice of Cancellation of Auction* [Docket No. 572].

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, the Debtors selected the going concern bid package submitted by CION Investment Corporation as the Successful Bidder.

**PLEASE TAKE FURHER NOTICE** that pursuant to the Extension Notice, the deadline for objecting to the Successful Bidder or adequate assurance of future performance (the "Objection Deadline") is July 7, 2023 at 5:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline is hereby extended to **July 10, 2023 at 5:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Extension Notice, the sale hearing will be held on **July 14, 2023 at 9:00 a.m. (ET)** (the "Sale Hearing") and at the Sale Hearing, the Debtors will seek the Court's approval of the Successful Bid.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bidding Procedures Order.

DATED: July 6, 2023

Respectfully submitted,

**COLE SCHOTZ P.C.**

By:   */s/ Michael D. Sirota*
      Michael D. Sirota, Esq.
      Felice R. Yudkin, Esq.
      Jacob S. Frumkin, Esq.
      Court Plaza North
      25 Main Street
      Hackensack, NJ 07601
      (201) 489-3000
      (201) 489-1536 Facsimile
      Email: msirota@coleschotz.com
            fyudkin@coleschotz.com
            jfrumkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
      Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
      Christopher T. Greco, P.C. (admitted *pro hac vice*)
      Rachael M. Bentley (admitted *pro hac vice*)
      601 Lexington Avenue
      New York, New York 10022
      (212) 446-4800
      (212) 446-4900 Facsimile
      Email: joshua.sussberg@kirkland.com
            christopher.greco@kirkland.com
            rachael.bentley@kirkland.com

*-and-*

      Alexandra Schwarzman, P.C. (admitted *pro hac vice*)
      300 North LaSalle Street
      Chicago, Illinois 60654
      (312) 862-2000
      (312) 862-2200 Facsimile
      Email: alexandra.schwarzman@kirkland.com

*Counsel to Debtors*