UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-19(b)**
**OMNI AGENT SOLUTIONS, INC.**
5955 De Soto Ave, Ste 100
Woodland Hills, CA 91367
(818) 906-8300
(818) 783-2737 Facsimile

In Re:

DAVID'S BRIDAL, LLC, *et al.*,

                    Debtors.[1]

Chapter: 11

Case No.: 23-13131 (CMG)

Judge: **Hon. Christine M. Gravelle**

## CERTIFICATION OF SERVICE

1.    I,   _Randy Lowry_                    :

    [X]  represent the Claims and Noticing Agent, in the above-captioned matters

    [ ]  am the secretary/paralegal for _____, who represents _____ in this matter.

    [ ]  am the  _____  in the above case and am representing myself.

2.    On    _September 27, 2023_    I caused the following pleading and/or document to be served on the parties listed in the chart below:

> • **Supplemental Order Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 870]**

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    _September 28, 2023_

Signature: Randy Lowry

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *SEE EXHIBIT A* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other Electronic mail<br>　　　(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| *SEE EXHIBIT B* | *SEE EXHIBIT B* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other Electronic mail<br>　　　(As authorized by the Court or by rule.  Cite the rule if applicable.) |

# **EXHIBIT A**

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| *NOA - Counsel for Creditor Ronis Brothers Sewing Machine Corp | Akerman LLP | Ira Sacks | ira.sacks@akerman.com |
| *NOA - Counsel for Creditor Ronis Brothers Sewing Machine Corp | Akerman LLP | Mark Lichtenstein | mark.lichtenstein@akerman.com |
| *NOA - Counsel for the Texas Taxing Authorities | Ansell Grimm & Aaron, PC | Joshua S Bauchner | jb@ansellgrimm.com |
| *NOA - Counsel for Hawthorn Hills Square 1687 LLC, Kimco Webster Square LLC, Santee Trolley Square 991 LP, Kimco South Parker 682 Inc, KIR Maple Grove LP, KIR Soncy LP, CFH Realty III/Sunset Valley LP, and KIR Tukwila LP ("Kimco Landlords") | Arentfox Schiff LLP | Brett D Goodman | Brett.Goodman@afslaw.com |
| *NOA - Counsel for Unique Structures, LLC | ASK LLP | Marianna Udem | mudem@askllp.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr | Margaret Vesper | vesperm@ballardspahr.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr LLP | Leslie Heilman | heilmanl@ballardspahr.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr LLP | Laurel Roglen | roglenl@ballardspahr.com |
| *NOA - Counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., and DLC Management Corp. | Barclay Damon LLP | Kevin Newman | knewman@barclaydamon.com |
| *NOA - Counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., and DLC Management Corp. | Barclay Damon LLP | Scott Fleischer | sfleischer@barclaydamon.com |
| *NOA - Counsel for Duquesne Light Company | BERNSTEIN-BURKLEY, PC | Keri P Ebeck | kebeck@bernsteinlaw.com |
| *NOA - Counsel for CFC Phase II, LLC | Bielli & Klauder, LLC | David M Klauder | dklauder@bk-legal.com |
| *NOA - Counsel for CFC Phase II, LLC | Bielli & Klauder, LLC | Angela L Mastrangelo | mastrangelo@bk-legal.com |
| *Official Committee of Unsecured Creditors | Bliss Designs | Marielena Sanchez | marie@bliss-designs.com |
| *NOA - Counsel for HC Atlantic Development LP | Bowditch & Dewey | Mark W Powers | mpowers@bowditch.com |
| *NOA - Counsel for GP Retail I LLC | Brad Dempsey Law LLC | | brad@dempseycounsel.com |
| Counsel for GP Retail I LLC | Brad Dempsey Law LLC | Bradford E Dempsey, Esq | brad@dempseycounsel.com |
| *Official Committee of Unsecured Creditors (Co-chairperson) | Brookfield Properties Retail Inc | Julie Minnick Bowden | Julie.bowden@bpretail.com |
| *NOA - Counsel for Brookfield Properties Retail Inc. | Brookfield Properties Retail Inc., as Agent | Kristen N Pate | bk@bpretail.com |
| *NOA - Counsel for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC and Hendon FGV Center, LLC | Brown Law, LLC | Heather Brown | heather@hdbrownlaw.com |
| *NOA - Counsel for Comenity Capital Bank | Burr & Forman LLP | James Haithcock III | jhaithcock@burr.com |
| *NOA - Counsel for Comenity Capital Bank | Burr & Forman LLP | Kristen Watson | kwatson@burr.com |
| *NOA - Counsel for Cafaro Management Company | Cafaro Management Company | Lindsey M Harrison Madgar | LMadgar@cafarocompany.com |
| *Debtor's Counsel | Cole Schotz PC | F. Yudkin | fyudkin@coleschotz.com |
| *Debtor's Counsel | Cole Schotz PC | | msirota@coleschotz.com |
| *Debtor's Counsel | Cole Schotz PC | R. Hollander | rhollander@coleschotz.com |
| *NOA - Counsel for American Electric Power, et al. | Cullen and Dykman LLP | | mkwiatkowski@cullenllp.com |
| *NOA - Counsel for Cava Investments LLC | Dal Lago Law | | mike@dallagolaw.com |
| *NOA - Counsel for Mishorim Gold Jacksonville, LLP | Dentons Sirote PC | Thomas B Humphries | thomas.humphries@dentons.com |
| *NOA - Counsel for Liberty Mutual Insurance Company | Dreifuss Bonacci & Parker, PC | David C Dreifuss | ddreifuss@dbplawfirm.com |
| *NOA - Counsel for Liberty Mutual Insurance Company | Dreifuss Bonacci & Parker, PC | Paul H Mandal | pmandal@dbplawfirm.com |
| *NOA - Counsel for Oneida I, LLC, a Delaware Limited Liability | Ervin Cohen & Jessup LLP | Byron Z Moldo | bmoldo@ecjlaw.com |
| *NOA - Counsel for Grace Development | Fox Rothschild LLP | Mark E Hall | mhall@foxrothschild.com |
| *NOA - Counsel for Grace Development | Fox Rothschild LLP | Trey A Monsour | tmonsour@foxrothschild.com |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Jordan S Blask | jblask@fbtlaw.com |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Ronald E Gold | rgold@fbtlaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | Michael Van Gorder | mvangorder@gsbblaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | Ronald S Gellert | rgellert@gsbblaw.com |
| *NOA - Counsel for Freehold Investments, LLC | Genova Burns, LLC | Gary N Marks | gmarks@genovaburns.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Gibbons P.C. | Kyle McEvilly | kmcevilly@gibbonslaw.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Gibbons P.C. | Robert Malone | rmalone@gibbonslaw.com |
| *NOA - Counsel for Broadway & Pearl, LLC | Greenbaum, Row, Smith & Davis LLP | Nancy Isaacson | nisaacson@greenbaumlaw.com |
| Counsel for Bank of America, N.A., in its capacity as the ABL Agent and DIP Agent | Greenberg Traurig, LLP | Alan Brody, Esq | brodya@gtlaw.com |
| *NOA - Counsel for Bank of America, N.A | Greenberg Traurig, LLP | | brodya@gtlaw.com |
| *NOA - Counsel for 4545 Kennedy LLC | Greenspoon Marder LLP | Brett M Buterick | Brett.buterick@gmlaw.com |
| *NOA - Counsel for City of Mesquite | Grimes & Linebarger, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| *NOA - Counsel for Township of Whitehall | Gross, McGinley, LLP | Loren L Speziale | lspeziale@grossmcginley.com |
| *NOA - Counsel for Velocity, A Managed Services Company, Inc. | Gutfleish Law, LLC | Harry M Gutfleish | harry@gutfleishlaw.com |
| *NOA - Counsel for CBL & Associates Management , Inc. | Husch Blackwell LLP | David Stauss | david.stauss@huschblackwell.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | Alyson M Fiedler | alyson.fiedler@icemiller.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | John C Cannizzaro | john.cannizzaro@icemiller.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | Louis T DeLucia | louis.delucia@icemiller.com |
| *NOA - Counsel for Unlimited Res & Comm Const LLC | Jack Shrum, PA | J Jackson Shrum | jshrum@jshrumlaw.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Jackson Walker LLP | Bruce Ruznisky | bruzinsky@jw.com |
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | Cindi M. Giglio | cgiglio@katten.com |
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | Michael Rosensaf | michael.rosensaf@katten.com |
| *NOA - Counsel for Spirit Master Funding IV, LLC & Spirit MT Topeka KS, LLC | Katten Muchin Rosenman LLP | Christopher T Cook | r.cook@katten.com |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | | sreisman@katten.com |
| *Counsel for Brookfield Properties Retail Inc | Kelley Drye & Warren LLP | Robert L LeHane | rlehane@kellydrye.com |
| *NOA - Counsel for the County of Kern | Kern County Treasurer and Tax Collector Office | | bankruptcy@kerncounty.com |
| Debtor's Counsel | Kirkland & Ellis International LLP | Alexandra Schwarzman | alexandra.schwarzman@kirkland.com |
| Debtor's Counsel | Kirkland & Ellis LLP | Christopher Greco | christopher.greco@kirkland.com |
| Debtor's Counsel | Kirkland & Ellis LLP | Joshua Sussberg | joshua.sussberg@kirkland.com |
| Debtor's Counsel | Kirkland & Ellis LLP | Rachael Bentley | rachael.bentley@kirkland.com |
| *NOA – Counsel for National Realty Corporation, The Goldenberg Group, PR North Dartmouth LLC | Kurtzman Steady, LLC | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| *NOA – Counsel for DeRito Talking Stick South, LLC | Lane & Nach, P.C. | Adam B Nach | adam.nach@lane-nach.com |
| *NOA - Counsel for Kennewick Associates LP | Leech Tishman Robinson Brog, PLLC | Fred B Ringel | fringel@leechtishman.com |
| *NOA – Counsel for Smith County, City of Frisco, Tarrant County, Lewisville ISD, Dallas County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel for 1903 Lender Agent, LLC, in its capacity as First In Last Out Agent | Lowenstein Sandler LLP | Kenneth A Rosen, Esq | krosen@lowenstein.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Lowenstein Sandler LLP | Kenneth A. Rose | krosen@lowenstein.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Lowenstein Sandler LLP | Mary E. Seymour | mseymour@lowenstein.com |
| *NOA - Counsel for F&L Fiduciary Services, LLC and Butler Enterprises | Mandelbaum Barrett PC | Vincent J Roldan | oldan@mblawfirm.com |
| Litigation | Marianne Nestor Cassini | | Email Address Redacted |
| *NOA - Counsel for Burnet Central Appraisal District, The County of Denton, Texas, & The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| *NOA - Counsel for the Shops at Collins Square, LLC/Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | Ellen M McDowell | emcdowell@mcdowelllegal.com |
| *NOA - Counsel for the Shops at Collins Square, LLC/Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | Joseph A McCormick, Jr | jmccormick@mcdowelllegal.com |
| *NOA - Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | Paul S Pflumm | ppflumm@mcdowelllegal.com |
| *NOA - Counsel for David Weber Co, Inc d/b/a Weber Display & Packaging | McDowell Law, PC | Robert N Braverman | rbraverman@mcdowelllegal.com |
| *NOA - Counsel for TKG Biscayne, LLC, TKG Paxton Towne Center Development, LP, TKG Meridian Towne Center LLC, TKG Logan Town Centre LP, and GKT South Denver CPR LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | David Primack | dprimack@mdmc-law.com |
| *NOA - Counsel for HC Atlantic Development LP/Counsel for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC, and Hendon FGV Center, LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein | jbernstein@mdmc-law.com |
| *NOA - Counsel for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC, and Hendon FGV Center, LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Nicole Leonard | nleonard@mdmc-law.com |
| Counsel for Vista Property Company | McManimon, Scotland & Baumann, LLC | Sari B Placona | splacona@msbnj.com |
| *NOA - Counsel for Post Hill Limited Partnership | Meister Seelig & Fein PLLC | Jeffrey Schreiber | js@msf-law.com |
| *NOA - Counsel for DeRito Talking Stick South | Mellinger Kartzman LLC | Steven A Jayson | sjayson@msklaw.net |
| *NOA - Counsel for 10345 Magnolia Ave LLC | Middlebrooks Shapiro, PC | Joseph M Shapiro | jshapiro@middlebrooksshapiro.com |
| Counsel for Bank of America, N.A., in its capacity as the ABL Agent and DIP Agent | Morgan, Lewis & Bockius LLP | Christopher L Carter, Esq | christopher.carter@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Christopher L Carter | christopher.carter@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Julia Frost-Davis | julia.frost-davies@morganlewis.com |
| Counsel for Bank of America, N.A., in its capacity as the ABL Agent and DIP Agent | Morgan, Lewis & Bockius LLP | Matthew F Furlong | matthew.furlong@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Michael Gocksch | michael.gocksch@morganlewis.com |
| Attorney General | National Association of Attorneys General | | kcordry@naag.org |
| AG | National Association of Attorneys General | | kcordry@naag.org |
| *NOA - United States Trustee | Office of the United States Trustee | Fran B Steele | Fran.B.Steele@usdoj.gov |
| *NOA - United States Trustee | Office of the United States Trustee | Peter J D'Auria | Peter.J.D'Auria@usdoj.gov |
| *NOA - Oklahoma County Treasurer | Oklahoma County Treasurer | Tammy Jones | tammy.jones@oklahomacounty.org |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J Sandler | bsandler@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Cia Mackle | cmackle@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Paul J Labov | plabov@pszjlaw.com |
| *NOA - Counsel for Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Laura J Monroe | lmbkr@pbfcm.com |
| *NOA - Counsel for Clear Creek Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Owen M Sonik | osonik@pbfcm.com |
| *NOA - Counsel for Hanover Estates LLC | Pryor Cashman LLP | Conrad K Chiu | cchiu@pryorcashman.com |
| *NOA- Counsel for Fayette Town Center, LLC | QUARLES & BRADY LLP | Catherine Allen | catherine.allen@quarles.com |
| Counsel for 1903 Lender Agent, LLC, in its capacity as First In Last Out Agent | Riemer & Braunstein LLP | Brendan C Recupero, Esq | brecupero@riemerlaw.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | Brendan C. Recupero | brecupero@riemerlaw.com |
| Counsel for 1903 Lender Agent, LLC, in its capacity as First In Last Out Agent | Riemer & Braunstein LLP | Steven E Fox, Esq | sfox@riemerlaw.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | Steven E. Fox | sfox@riemerlaw.com |
| *NOA - Counsel for Something Borrowed Blooms, Inc | Riker Danzig LLP | Tara J Schellhorn | tschellhorn@riker.com |
| *NOA - Counsel for Market Town Center Owner LLC | Ruskin Moscou Faltischek, P.C. | Daniel McAuliffe | dmcauliffe@rmfpc.com |
| *NOA - Counsel for Transandina Holdings LLC | Sills Cummis & Gross PC | Jeffrey A Kramer | jkramer@sillscummis.com |
| *NOA - Counsel for the Lund Company | Smith Pauley LLP | Katherine A Krehan | krehan@smithpauley.com |
| *NOA - Counsel for Hidden Valley Tech Center LLC | SSL Law Firm LLP | Ivo Keller | ivo@ssllawfirm.com |
| *NOA - Counsel for Levin Management Corporation | Stark & Stark, PC | Joseph Lemkin | jlemkin@stark-stark.com |
| *NOA - Counsel for Levin Management Corporation | Stark & Stark, PC | Thomas S. Onder | tonder@stark-stark.com |
| *Official Committee of Unsecured Creditors | T C Millwork, LLC | Leo Couchara | l.couchara@TCMillwork.com |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | | |
|---|---|---|---|
| *NOA - Counsel for Liberty Mutual Insurance Company | The Law Offices of T Scott Leo, PC | T Scott Leo | sleo@leolawpc.com |
| *Official Committee of Unsecured Creditors (Co-chairperson) | The Loeb Electric Company | Erin Ryan | erin.ryan@loebeletric.com |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | Gina Baker Hantel | gina.hantel@ag.tn.gov |
| Filed Claim | Transandina Holdings LLC | Debbie Garnett | debbie.garnett@colliers.com |
| addl addr | Transandina Holdings LLC | c/o Barry Miller Law | lcasado@barrymillerlaw.com |
| Landlord | Transandina Holdings LLC | c/o Colliers International REMS US, LLC | rking@cpswfl.com; debbie.garnett@colliers.com |
| Landlord | Transandina Holdings LLC | | stacey@coquette.com |
| *NOA - Counsel for Travis County | Travis County | Jason A Starks | Jason.Starks@traviscountytx.gov |
| *Official Committee of Unsecured Creditors | Unique Structures, LLC | Tom Domski | tom@usny.biz |
| Governmental Authority | United States Trustee | Attn: Peter D'Auria | peter.j.d'auria@usdoj.gov |
| Counsel for CPPIB Credit Investments III Inc and its affiliates and managed accounts, in their capacity as lenders under the Senior Superpriority Term Loan Credit Agreement | Weil, Gotshal & Manges LLP | F Gavin Andrews, Esq | f.gavin.andrews@weil.com |
| Counsel for CPPIB Credit Investments III Inc and its affiliates and managed accounts, in their capacity as lenders under the Senior Superpriority Term Loan Credit Agreement | Weil, Gotshal & Manges LLP | Matt Barr, Esq | matt.barr@weil.com |
| *NOA - Counsel for CPPIB Credit Investments III Inc. | Wollmuth Maher & Deutsch, LLP | James N. Lawlor | jlawlor@wmd-law.com |
| *NOA - Counsel for CPPIB Credit Investments III Inc. | Wollmuth Maher & Deutsch, LLP | Paul R. DeFilippo | pdefilippo@wmd-law.com |

# EXHIBIT B

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | |
|---|---|---|---|---|---|
| UCC | Alter Domus (US) LLC, as Agent | Attn: Legal Dept & Mike Kumor | 225 W Washington St, 9th Fl | Chicago, IL 60606 | |
| Attorney General | Arizona Attorney General Mark Brnovich | Office of the Attorney General | 2005 N Central Ave | Phoenix, AZ 85004 | |
| Attorney General | Arkansas Attorney General | 323 Center St, Ste 200 | Little Rock, AR 72201 | | |
| Governmental Authority | Attorney General | United States Department of Justice | Ben Franklin Station | P.O. Box 683 | Washington, DC 20044 |
| Attorney General | Attorney General of the State of Ohio | 30 E Broad St, 14th Fl | Columbus, OH 43215 | | |
| Attorney General | Attorney General State of Mississippi | 550 High St | Jackson, MS 39201 | | |
| Attorney General | Attorney General's Office | California Dept of Justice | Attn: Public Inquiry Unit | P.O. Box 944255 | Sacramento, CA 94244 |
| Attorney General | Attorney General's Office | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | |
| Secured Creditor | Bank of America | Attn: Ashley Bosch | 5 Convenience Center Dr | Champaign, IL 61820 | |
| Secured Creditor | Bank of America | Attn: Sylwia Campos | 70 Patterson Park Rd | Farmington, CT 06032 | |
| UCC | Bank of America, NA, as Collateral Agent | 100 Federal St, 9th Fl | Boston, MA 02110 | | |
| UCC | Cantor Fitzgerald Securities, as Collateral Agent | 110 E 59th St | New York, NY 10022 | | |
| Secured Creditor | Central Pacific Bank | Attn: Jolene Kiyono | 1030 Makola St | Pearl City, HI 96782 | |
| Secured Creditor | Chemung Canal Bank | Attn: Customer Service | 1 Chemung Canal Plz | Elmira, NY 14901 | |
| Secured Creditor | CIT Group/Commercial Svcs | P.O. Box 1036 | Charlotte, NC 28201-1036 | | |
| Secured Creditor | Constellation NewEnergy Inc | Bank of America LockBox Services | P.O. Box 4640 | Carol Stream, IL 60197-4640 | |
| Secured Creditor | David's Bridal Paypal | 12312 Port Grace Blvd | La Vista, NE 68128 | | |
| Attorney General | Delaware Department of Justice | Carvel State Building | 820 N French St | Wilmington, DE 19801 | |
| Attorney General | Department of Attorney General | 525 W Ottawa St | Lansing, MI 48906 | | |
| Attorney General | Department of Justice | 114 W Edenton St | Raleigh, NC 27603 | | |
| NOA - Counsel for Nueces County, Hidalgo County, City of McCallen, McLennan County | Diane W Sanders | PO Box 17428 | Austin, TX 78760 | | |
| Secured Creditor | Elavon Inc | Elavon Financial | Attn: Credit OPS, LMG | 7300 Chapman Hwy | Knoxville, TN 37920 |
| Governmental Agency | Federal Trade Commission | 1 Bowling Green, Ste 318 | New York, NY 10004 | | |
| NOA - Counsel for 84 South Retail Center LLC, successor in interest to 84 South Mid Box East, LLC | Fein, Such, Kahn & Shepard, PC | Attn: Vincent Dimaiolo, Jr | 7 Century Dr, Ste 201 | Parsippany, NJ 07054 | |
| Secured Creditor | Fifth Third Bank | Attn: Brian Doring | Maildrop NFT1TT | 201 N Tryon St | Charlotte, NC 28202 |
| Secured Creditor | First Citizens Bank | Attn: Susan Reniger | 6808 Northlake Mall Dr | Charlotte, NC 28216 | |
| Secured Creditor | First Horizon Bank | Fka First Tennesee Bank | Attn: Phillip I Belanger | 3230 Peoples St | Johnson City, TN 37604 |
| Governmental Agency | FTC Headquarters | 600 Pennsylvania Ave NW | Washington, DC 20580 | | |
| Secured Creditor | Hanover Estates LLC | c/o Bonafide Estates Inc | 630 Fifth Avenue, Suite 3165 | New York, NY 10111 | |
| Secured Creditor | Hartford Fire Insurance Co | Attn: Thomas Makuch, Credit Risk Analysis, Unit T-11 | 1 Hartford Plaza | Hartford, CT 06155 | |
| Secured Creditor | Huntington National Bank | Attn: Crystal Kudlal | 41 S High St, HC 0843 | Columbus, OH 43215 | |
| Attorney General | Illinois Attorney General | 100 W Randolph St | Chicago, IL 60601 | | |
| Governmental Authority | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | |
| Secured Creditor | JPMorgan Chase Bank | Attn: Taylor Toudouze | 4 New York Plz, 15th Fl | New York, NY 10041 | |
| Attorney General | Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612 | | |
| Secured Creditor | Key Bank | Attn: Alisa Renck | 301 E 4th St, Ste 2900 | Cincinnati, OH 45202 | |
| Secured Creditor | Liberty Mutual Insurance Co | P.O. Box 7247-0199 | Philadelphia, PA 19170 | | |
| Attorney General | Louisiana Department of Justice | P.O. Box 94005 | Baton Rouge, LA 70804 | | |
| Attorney General | Louisiana Department of Justice | 1885 N Third St | Baton Rouge, LA 70802 | | |
| Attorney General | Maryland Attorney General | 200 St Paul Place | Baltimore, MD 21202 | | |
| NOA - Counsel for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, PA | Attn: Nicole C Kenworthy | 6801 Kenilworth Ave, Ste 400 | Riverdale, MD 20737-1385 | |
| Attorney General | Missouri Attorney General's Office | Supreme Court Building | 207 W High St | P.O. Box 899 | Jefferson City, MO 65102 |
| Attorney General | New Hampshire Department of Justice | 33 Capitol St | Concord, NH 03301 | | |
| Securities & Exchange Commission | New York Regional Office | 100 Pearl Street, Suite 20-100 | New York, NY 10004-2616 | | |
| NOA - Counsel for Irving Ridge Consulting 7 Development, LLC | Norgaard, O'Boyle & Hannon | Attn: John O'Boyle | 184 Grand Ave | Englewood, NJ 07631-3507 | |
| Attorney General | Office of Attorney | Maura Healey | 1 Ashburton Pl | Boston, MA 02108 | |
| Attorney General | Office of Attorney | 600 E Boulevard Ave, Dept 125 | Bismarck, ND 58505 | | |
| Attorney General | Office of Minnesota Attorney General | Keith Ellison | 445 Minnesota St, Ste 1400 | St Paul, MN 55101 | |
| Attorney General | Office of the Attorney General | 700 Capital Ave, Ste 118 | Frankfort, KY 40601 | | |
| Attorney General | Office of the Attorney General | State of New Jersey | Richard J Hughes Justice Complex | 25 Market St | Trenton, NJ 08611 |
| Attorney General | Office of the Attorney General | The Capitol | Albany, NY 12224 | | |
| Attorney General | Office of the Attorney General | 100 N Carson St | Carson City, NV 89701 | | |
| Attorney General | Office of the Attorney General | P.O. Box 12548 | Austin, TX 78711-2548 | | |
| Attorney General | Office of the Attorney General | 350 N State St, Ste 230 | Salt Lake City, UT 84114-2320 | | |
| Attorney General | Office of the Attorney General | P.O. Box 142320 | Salt Lake City, UT 84114-2320 | | |
| Attorney General | Office of the Attorney General | State of Florida | PL-01 The Capitol | Tallahassee, FL 32399 | |
| Attorney General | Office of the Attorney General | 165 Capitol Ave | Hartford, CT 06106 | | |
| Attorney General | Office of the Attorney General | Colorado Dept of Law | Ralph L Carr Judicial Bldg | 1300 Broadway, 10th Fl | Denver, CO 80203 |
| Attorney General | Office of the Attorney General | 202 N 9th St | Richmond, VA 23219 | | |
| Attorney General | Office of the Attorney General | 40 Capitol Square, SW | Atlanta, GA 30334 | | |
| Attorney General | Office of the Attorney General | Attn: Brendan Flynn, Assistant Attorney General | 165 Capitol Ave | Hartford, CT 06106 | |
| Attorney General | Office of the Attorney General | 300 W 15th St | Austin, TX 78701 | | |
| Attorney General | Office of the Attorney General for the DC | 400 6th St, NW | Washington, DC 20001 | | |
| Attorney General | Office of the Attorney General of Iowa | Hoover State Office Building | 1305 E Walnut St | Des Moines, IA 50319 | |
| Attorney General | Office of the Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Fl | Indianapolis, IN 46204 | |
| Attorney General | Office of the Maine Attorney General | 6 State House Station | Augusta, ME 04333 | | |
| Attorney General | Office of the Oklahoma Attorney General | 313 NE 21st St | Oklahoma City, OK 73105 | | |
| Secured Creditor | Paypal | Attn: Customer Service | 7700 E Port Pkwy | La Vista, NE 68128 | |
| Secured Creditor | PNC Bank | Attn: Lloyd Martin | 1600 Market St, 19th Fl | Philadelphia, PA 19103 | |
| Secured Creditor | Regions Bank | Attn: Aaron Calder | 4616 N Sterling Ave | Peoria, IL 61615 | |
| Attorney General | RI Office of the Attorney General | 150 S Main St | Providence, RI 02903 | | |
| Secured Creditor | Rockland Trust | Fka Blue Hills Bank | Attn: Joseph C Ciabattoni | 171 University Ave | Westwood, MA 02090 |
| Core Parties | Securities Exchange Commission | New York Regional Office | 100 Pearl St, Ste 20-100 | New York, NY 10004-2616 | |
| Governmental Authority | Securities Exchange Commission | New York Regional Office | 100 Pearl St, Ste 20-100 | New York, NY 10004-2616 | |

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| Attorney General | South Carolina Attorney General's Office | The Honorable Alan Wilson | P.O. Box 11549 | Columbia, SC 29211 | | |
| Attorney General | South Carolina Attorney General's Office | Rembert Dennis | 1000 Assembly St, Rm 519 | Columbia, SC 29201 | | |
| Attorney General | State of Hawaii | Department of Attorney General | 425 Queen St | Honolulu, HI 96813 | | |
| Attorney General | State of Idaho | Office of the Attorney General | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720 | |
| Secured Creditor | Stripe | Attn: Customer Service | 510 Townsend St | San Francisco, CA 94103 | | |
| Secured Creditor | TD Canada Trust | Attn: Gabrielle Theagah | TD Tower | 55 King St W, 3rd Fl | Toronto, ON M5K 1A2 | Canada |
| Attorney General | Tennessee Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202 | | |
| Secured Creditor | The CIT Group | Aka Commercial Services | P.O. Box 1036 | Charlotte, NC 28201-1036 | | |
| Secured Creditor | The Travelers Indemnity Co | c/o Bank of America | 91287 Collections Center Dr | Chicago, IL 60693-1287 | | |
| Secured Creditor | Trustmark National Bank | Attn: Ericka Lowe-Farrell | 248 E Capitol St, Ste 1140 | Jackson, MS 39201 | | |
| Governmental Authority | United States Attorney | Peter Rodino Federal Building | 970 Broad St, Ste 700 | Newark, NJ 07102 | | |
| US Attorney | US Attorney for the District of NJ | Newark Main Office | 970 Broad St, 7th Fl | Newark, NJ 07102 | | |
| US Attorney | US Attorney for the District of NJ | Trenton Branch Office | 402 E State St, Rm 430 | Trenton, NJ 08608 | | |
| Secured Creditor | US Bank | Attn: Kathy Wollmuth | 1095 Ave of the Americas, 15th Fl | New York, NY 10036 | | |
| Attorney General | Vermont Attorney General's Office | 109 State St | Montpelier, VT 05609 | | | |
| Attorney General | Washington State | Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504 | |
| Secured Creditor | Wells Fargo | Attn: Kimberly Moore | 666 Walnut St, 1st Fl | Des Moines, IA 50309 | | |
| Attorney General | Wisconsin Department of Justice | P.O. Box 7857 | Madison, WI 53707-7857 | | | |
| Attorney General | Wyoming Attorney General | 2424 Pioneer Ave | Cheyenne, WY 82002 | | | |