UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-19(b)**
**OMNI AGENT SOLUTIONS, INC.**
5955 De Soto Ave, Ste 100
Woodland Hills, CA 91367
(818) 906-8300
(818) 783-2737 Facsimile

In Re:

DAVID'S BRIDAL, LLC, *et al.*,

Debtors.[1]

Chapter: 11

Case No.: 23-13131 (CMG)

Judge: **Hon. Christine M. Gravelle**

## CERTIFICATION OF SERVICE

1.   I,   _Randy Lowry_                           :

☒ represent the Claims and Noticing Agent, in the above-captioned matters

☐ am the secretary/paralegal for _____, who represents _____
in this matter.

☐ am the   _____   in the above case and am representing myself.

2.   On   _September 27, 2023_      I caused the following pleadings and/or documents to be served on the parties listed in the chart below:

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 888]**

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 889]**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 890]**

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 891]**

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 892]**

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 893]**

- **Omnibus Order Granting Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 894]**

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    September 28, 2023

Signature: Randy Lowry

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *SEE EXHIBIT A* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other <u>Electronic mail</u><br>         (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| *SEE EXHIBIT B* | *SEE EXHIBIT B* | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RRR<br><br>☐ Other <u>Electronic mail</u><br>         (As authorized by the Court or by rule.  Cite the rule if applicable.) |

# **EXHIBIT A**

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| *NOA - Counsel for Creditor Ronis Brothers Sewing Machine Corp | Akerman LLP | mlichtenstein@akerman.com |
| *NOA - Counsel for Creditor Ronis Brothers Sewing Machine Corp | Akerman LLP | ira.sacks@akerman.com |
| *NOA - Counsel for the Texas Taxing Authorities | Ansell Grimm & Aaron, PC | jb@ansellgrimm.com |
| *NOA - Counsel for Hawthorn Hills Square 1687 LLC, Kimco Webster Square LLC, Santee Trolley Square 991 LP, Kimco South Parker 682 Inc, KIR Maple Grove LP, KIR Soncy LP, CFH Realty III/Sunset Valley LP, and KIR Tukwila LP ("Kimco Landlords") | Arentfox Schiff LLP | Brett.Goodman@afslaw.com |
| *NOA - Counsel for Unique Structures, LLC | ASK LLP | mudem@askllp.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr | vesperm@ballardspahr.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr LLP | roglenl@ballardspahr.com |
| *NOA - Counsel for Brixmor Operating Partnership LP & Federal Realty OP LP | Ballard Spahr LLP | heilmanl@ballardspahr.com |
| *NOA - Counsel forRPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., and DLC Management Corp. | Barclay Damon LLP | sfleischer@barclaydamon.com |
| *NOA - Counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., and DLC Management Corp. | Barclay Damon LLP | knewman@barclaydamon.com |
| *NOA - Counsel for Duquesne Light Company | BERNSTEIN-BURKLEY, PC | kebeck@bernsteinlaw.com |
| *NOA - Counsel for CFC Phase II, LLC | Bielli & Klauder, LLC | mastrangelo@bk-legal.com |
| *NOA - Counsel for CFC Phase II, LLC | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| *NOA - Counsel for GP Retail I LLC | Brad Dempsey Law LLC | brad@dempseycounsel.com |
| *NOA - Counsel for Brookfield Properties Retail Inc. | Brookfield Properties Retail Inc., as Agent | bk@bpretail.com |
| *NOA - Counsel for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC and Hendon FGV Center, LLC | Brown Law, LLC | heather@hdbrownlaw.com |
| *NOA - Counsel for Comenity Capital Bank | Burr & Forman LLP | kwatson@burr.com |
| *NOA - Counsel for Comenity Capital Bank | Burr & Forman LLP | jhaithcock@burr.com |
| *NOA - Counsel for Cafaro Management Company | Cafaro Management Company | LMadgar@cafarocompany.com |
| *Debtor's Counsel | Cole Schotz P.C | msirota@coleschotz.com |
| *Debtor's Counsel | Cole Schotz P.C | fyudkin@coleschotz.com |
| *NOA - Counsel for American Electric Power, et al. | Cullen and Dykman LLP | mkwiatkowski@cullenllp.com |
| *NOA - Counsel for Cava Investments LLC | Dal Lago Law | mike@dallagolaw.com |
| *Debtor's Counsel | David's Bridal, LLC, | LKinkade@dbi.com |
| *NOA - Counsel for Liberty Mutual Insurance Company | Dreifuss Bonacci & Parker, PC | pmandal@dbplawfirm.com |
| *NOA - Counsel for Liberty Mutual Insurance Company | Dreifuss Bonacci & Parker, PC | ddreifuss@dbplawfirm.com |
| *NOA - Counsel for Oneida I, LLC, a Delaware Limited Liability Company | Ervin Cohen & Jessup LLP | bmoldo@ecjlaw.com |
| *NOA - Counsel for Grace Development | Fox Rothschild LLP | tmonsour@foxrothschild.com |
| *NOA - Counsel for Grace Development | Fox Rothschild LLP | mhall@foxrothschild.com |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | rgold@fbtlaw.com |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | jblask@fbtlaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | rgellert@gsbblaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | mvangorder@gsbblaw.com |
| *NOA - Counsel for Seritage SRC Finance LLC | Gellert Scali Busenkell & Brown, LLC | mbusenkell@gsbblaw.com |
| *NOA - Counsel for Freehold Investments, LLC | Genova Burns, LLC | gmarks@genovaburns.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Gibbons P.C. | rmalone@gibbonslaw.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Gibbons P.C. | kmcevilly@gibbonslaw.com |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| *NOA - Counsel for Broadway & Pearl, LLC | Greenbaum, Row, Smith & Davis LLP | nisaacson@greenbaumlaw.com |
| *NOA - Counsel for Bank of America, N.A | Greenberg Traurig, LLP | brodya@gtlaw.com |
| *NOA - Counsel for 4545 Kennedy LLC | Greenspoon Marder LLP | Brett.buterick@gmlaw.com |
| *NOA - Counsel for City of Mesquite | Grimes & Linebarger, LLP | dallas.bankruptcy@lgbs.com |
| *NOA - Counsel for Township of Whitehall | Gross, McGinley, LLP | lspeziale@grossmcginley.com |
| *NOA - Counsel for Velocity, A Managed Services Company, Inc. | Gutfleish Law, LLC | harry@gutfleishlaw.com |
| *NOA - Counsel for CBL & Associates Management , Inc. | Husch Blackwell LLP | david.stauss@huschblackwell.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | louis.delucia@icemiller.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | john.cannizzaro@icemiller.com |
| *NOA - Counsel for Leading EDJE LLC and One EDJE LLC | Ice Miller LLP | alyson.fiedler@icemiller.com |
| *NOA - Counsel for Unlimited Res & Comm Const LLC | Jack Shrum, PA | jshrum@jshrumlaw.com |
| *NOA - Counsel to 610 & San Felipe Inc. | Jackson Walker LLP | bruzinsky@jw.com |
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | sreisman@katten.com |
| *NOA - Counsel for Spirit Master Funding IV, LLC & Spirit MT Topeka KS, LLC | Katten Muchin Rosenman LLP | r.cook@katten.com |
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | michael.rosensaft@katten.com |
| *NOA - Counsel for Gordon Brothers Retail Partners LLC | Katten Muchin Rosenman LLP | cgiglio@katten.com |
| *NOA - Counsel for the County of Kern | Kern County Treasurer and Tax Collector Office | bankruptcy@kerncounty.com |
| Debtor's Counsel | Kirkland & Ellis International LLP | aaron.metviner@kirkland.com |
| Debtor's Counsel | Kirkland & Ellis LLP | rachael.bentley@kirkland.com |
| Debtor's Counsel | Kirkland & Ellis LLP | christopher.greco@kirkland.com |
| *NOA - Counsel for National Realty Corporation, The Goldenberg Group, PR North Dartmouth LLC | Kurtzman Steady, LLC | kurtzman@kurtzmansteady.com |
| *NOA - Counsel for DeRito Talking Stick South, LLC | Lane & Nach, P.C. | adam.nach@lane-nach.com |
| *NOA - Counsel for Kennewick Associates LP | Leech Tishman Robinson Brog, PLLC | fringel@leechtishman.com |
| *NOA – Counsel for Smith County, City of Frisco, Tarrant County, Lewisville ISD, Dallas County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Lowenstein Sandler LLP | mseymour@lowenstein.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Lowenstein Sandler LLP | krosen@lowenstein.com |
| *NOA - Counsel for Burnet Central Appraisal District, The County of Denton, Texas, & The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | jparsons@mvbalaw.com |
| *NOA - Counsel for David Weber Co, Inc d/b/a Weber Display & Packaging | McDowell Law, PC | rbraverman@mcdowelllegal.com |
| *NOA - Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | ppflumm@mcdowelllegal.com |
| *NOA - Counsel for the Shops at Collins Square, LLC | McDowell Law, PC | jmccormick@mcdowelllegal.com |
| *NOA - Counsel for the Shops at Collins Square, LLC/Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | jmccormick@mcdowelllegal.com |
| *NOA - Counsel for the Shops at Collins Square, LLC/Counsel for Madison-Flint Properties, LLC | McDowell Law, PC | emcdowell@mcdowelllegal.com |
| *NOA - Counse for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC, and Hendon FGV Center, LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| *NOA - Counsel for HC Atlantic Development LP/Counsel for for SCG-Airport-Davis, LLC, SCGX-Capital Commons, LLC, and Hendon FGV Center, LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| *NOA - Counsel for TKG Biscayne, LLC, TKG Paxton Towne Center Development, LP, TKG Meridian Towne Center LLC, TKG Logan Town Centre LP, and GKT South Denver CPR LLC | McElroy, Deutsch, Mulvaney & Carpenter, LLP | dprimack@mdmc-law.com |
| *NOA - Counsel for Post Hill Limited Partnership | Meister Seelig & Fein PLLC | js@msf-law.com |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| *NOA - Counsel for DeRito Talking Stick South | Mellinger Kartzman LLC | sjayson@msklaw.net |
| *NOA - Counsel for 10345 Magnolia Ave LLC | Middlebrooks Shapiro, PC | jshapiro@middlebrooksshapiro.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | michael.gocksch@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | matthew.furlong@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | julia.frost-davies@morganlewis.com |
| *NOA - Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | christopher.carter@morganlewis.com |
| *NOA - United States Trustee | Office of the United States Trustee | Peter.J.D'Auria@usdoj.gov |
| *NOA - United States Trustee | Office of the United States Trustee | Peter.J.D'Auria@usdoj.gov |
| *NOA - United States Trustee | Office of the United States Trustee | Fran.B.Steele@usdoj.gov |
| *NOA - United States Trustee | Office of the United States Trustee | Fran.B.Steele@usdoj.gov |
| *NOA - Oklahoma County Treasurer | Oklahoma County Treasurer | tammy.jones@oklahomacounty.org |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | plabov@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | plabov@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | cmackle@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | bsandler@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | bsandler@pszjlaw.com |
| *NOA - Counsel for Clear Creek Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | osonik@pbfcm.com |
| *NOA - Counsel for Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, LLP | lmbkr@pbfcm.com |
| *NOA - Counsel for Hanover Estates LLC | Pryor Cashman LLP | cchiu@pryorcashman.com |
| *NOA- Counsel for Fayette Town Center, LLC | QUARLES & BRADY LLP | catherine.allen@quarles.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | sfox@riemerlaw.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | sfox@riemerlaw.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | brecupero@riemerlaw.com |
| *NOA - Counsel for 1903P Loan Agent, LLC and 1903 Partners, LLC | Riemer & Braunstein LLP | brecupero@riemerlaw.com |
| *NOA - Counsel for Something Borrowed Blooms, Inc | Riker Danzig LLP | tschellhorn@riker.com |
| *NOA - Counsel for Market Town Center Owner LLC | Ruskin Moscou Faltischek, P.C. | dmcauliffe@rmfpc.com |
| *NOA - Counsel for Transandina Holdings LLC | Sills Cummis & Gross PC | jkramer@sillscummis.com |
| *NOA - Counsel for the Lund Company | Smith Pauley LLP | krehan@smithpauley.com |
| *NOA - Counsel for Levin Management Corporation | Stark & Stark, PC | tonder@stark-stark.com |
| *NOA - Counsel for Levin Management Corporation | Stark & Stark, PC | jlemkin@stark-stark.com |
| *NOA - Counsel for Liberty Mutual Insurance Company | The Law Offices of T Scott Leo, PC | sleo@leolawpc.com |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | gina.hantel@ag.tn.gov |
| *NOA - Counsel for Travis County | Travis County | Jason.Starks@traviscountytx.gov |
| Counsel for CPPIB Credit Investments III Inc and its affiliates and managed accounts, in their capacity as lenders under the Senior Superpriority Term Loan Credit Agreement | Weil, Gotshal & Manges LLP | matthew.goren@weil.com |
| Counsel for CPPIB Credit Investments III Inc and its affiliates and managed accounts, in their capacity as lenders under the Senior Superpriority Term Loan Credit Agreement | Weil, Gotshal & Manges LLP | matt.barr@weil.com |

| Relationship Of Party To The Case | Name And Email Address Of Party Served | |
|---|---|---|
| Counsel for CPPIB Credit Investments III Inc and its affiliates and managed accounts, in their capacity as lenders under the Senior Superpriority Term Loan Credit Agreement | Weil, Gotshal & Manges LLP | f.gavin.andrews@weil.com |
| *NOA - Counsel for CPPIB Credit Investments III Inc. | Wollmuth Maher & Deutsch, LLP | pdefilippo@wmd-law.com |
| *NOA - Counsel for CPPIB Credit Investments III Inc. | Wollmuth Maher & Deutsch, LLP | jlawlor@wmd-law.com |

# **EXHIBIT B**

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | | |
|---|---|---|---|---|---|---|
| Secured Creditor | Bank of America | Attn: Sylwia Campos | 70 Patterson Park Rd | Farmington, CT 06032 | | |
| Secured Creditor | Bank of America | Attn: Ashley Bosch | 5 Convenience Center Dr | Champaign, IL 61820 | | |
| Secured Creditor | Central Pacific Bank | Attn: Jolene Kiyono | 1030 Makolu St | Pearl City, HI 96782 | | |
| Secured Creditor | Chemung Canal Bank | Attn: Customer Service | 1 Chemung Canal Plz | Elmira, NY 14901 | | |
| Secured Creditor | CIT Group/Commercial Svcs | P.O. Box 1036 | Charlotte, NC 28201-1036 | | | |
| Secured Creditor | Constellation NewEnergy Inc | Bank of America LockBox Service | P.O. Box 4640 | Carol Stream, IL 60197-4640 | | |
| Secured Creditor | David's Bridal Paypal | 12312 Port Grace Blvd | La Vista, NE 68128 | | | |
| NOA - Counsel for Nueces County, Hidalgo County, City of McCallen, McLennan County | Diane W Sanders | PO Box 17428 | Austin, TX 78760 | | | |
| Secured Creditor | Elavon Inc | Elavon Financial | Attn: Credit OPS, LMG | 7300 Chapman Hwy | Knoxville, TN 37920 | |
| NOA - Counsel for 84 South Retail Center LLC, successor in interest to 84 South Mid Box East, LLC | Fein, Such, Kahn & Shepard, PC | Attn: Vincent Dinsaiolo, Jr | 7 Century Dr, Ste 201 | Parsippany, NJ 07054 | | |
| Secured Creditor | Fifth Third Bank | Attn: Brian Doring | Maildrop NFT17T | 201 N Tryon St | Charlotte, NC 28202 | |
| Secured Creditor | First Citizens Bank | Attn: Susan Reniger | 6808 Northlake Mall Dr | Charlotte, NC 28216 | | |
| Secured Creditor | First Horizon Bank | Fka First Tennessee Bank | Attn: Phillip I Belanger | 3230 Peoples St | Johnson City, TN 37604 | |
| Secured Creditor | Hanover Estates LLC | c/o Bonafide Estates Inc | 630 Fifth Avenue, Suite 3165 | New York, NY 10111 | | |
| Secured Creditor | Hartford Firr Insurance Co | Attn: Thomas Makuch, Credit Risk Analysis, Unit T-11 | 1 Hartford Plaza | Hartford, CT 06155 | | |
| Secured Creditor | Huntington National Bank | Attn: Crystal Kudlal | 41 S High St, HC 0843 | Columbus, OH 43215 | | |
| Secured Creditor | JPMorgan Chase Bank | Attn: Taylor Toudouze | 4 New York Plz, 15th Fl | New York, NY 10041 | | |
| Secured Creditor | Key Bank | Attn: Alisa Renck | 301 E 4th St, Ste 2900 | Cincinnati, OH 45202 | | |
| Secured Creditor | Liberty Mutual Insurance Co | P.O. Box 7247-0109 | Philadelphia, PA 19170 | | | |
| NOA - Counsel for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, PA | Attn: Nicole C Kenworthy | 6801 Kenilworth Ave, Ste 400 | Riverdale, MD 20737-1385 | | |
| NOA - Counsel for Irving Ridge Consulting 7 Development, LLC | Norgaard, O'Boyle & Hannon | Attn: John O'Boyle | 184 Grand Ave | Englewood, NJ 07631-3507 | | |
| Secured Creditor | Paypal | Attn: Customer Service | 7700 E Port Pkwy | La Vista, NE 68128 | | |
| Secured Creditor | PNC Bank | Attn: Lloyd Martin | 1600 Market St, 19th Fl | Philadelphia, PA 19103 | | |
| Secured Creditor | Regions Bank | Attn: Aaron Calder | 4616 N Sterling Ave | Peoria, IL 61615 | | |
| Secured Creditor | Rockland Trust | Fka Blue Hills Bank | Attn: Joseph C Ciabattom | 171 University Ave | Westwood, MA 02090 | |
| Secured Creditor | Stripe | Attn: Customer Service | 510 Townsend St | San Francisco, CA 94103 | | |
| Secured Creditor | TD Canada Trust | Attn: Gabrielle Theagali | TD Tower | 55 King St W, 3rd Fl | Toronto, ON M5K 1A2 | Canada |
| Secured Creditor | The CIT Group | Aka Commercial Services | P.O. Box 1036 | Charlotte, NC 28201-1036 | | |
| Secured Creditor | The Travelers Indemnity Co | c/o Bank of America | 91287 Collections Center Dr | Chicago, IL 60693-1287 | | |
| Secured Creditor | Trustmark National Bank | Attn: Ericka Lowe-Farrell | 248 E Capitol St, Ste 1140 | Jackson, MS 39201 | | |
| Secured Creditor | US Bank | Attn: Kathy Wollmuth | 1095 Ave of the Americas, 15th Fl | New York, NY 10036 | | |
| Secured Creditor | Wells Fargo | Attn: Kimberly Moore | 666 Walnut St, 1st Fl | Des Moines, IA 50309 | | |