| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Felice R. Yudkin, Esq.<br>fyudkin@coleschotz.com<br>Jacob S. Frumkin, Esq.<br>jfrumkin@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>(212) 446-4900 Facsimile<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>joshua.sussberg@kirkland.com<br>Christopher T. Greco, P.C. (admitted *pro hac vice*)<br>christopher.greco@kirkland.com<br>Rachael M. Bentley (admitted *pro hac vice*)<br>rachael.bentley@kirkland.com<br><br>*-and-*<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>(312) 862-2000<br>(312) 862-2200 Facsimile<br>Alexandra Schwarzman, P.C. (admitted *pro hac vice*)<br>alexandra.schwarzman@kirkland.com<br><br>*Counsel to Debtors* |

**Order Filed on September 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, LLC, *et al.,*<br><br>                                      Debtors.¹ | Chapter 11<br>Case No. Case No. 23-13131 (CMG)<br><br>Judge: Christine M. Gravelle<br><br>(Jointly Administered) |

---

¹ The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

**DATED: September 27, 2023**

*[signature]*

**Honorable Christine M. Gravelle
United States Bankruptcy Judge**

65783/0001-46145523v1

(Page 2)

| | |
|---|---|
| Debtors: | DAVID'S BRIDAL, LLC, *et al.* |
| Case No. | 23-13131-CMG |
| Caption of Order: | OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES |

---

### OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

65783/0001-46145523v1

(Page 3)

| | |
|---|---|
| Debtors: | DAVID'S BRIDAL, LLC, *et al.* |
| Case No. | 23-13131-CMG |
| Caption of Order: | OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES |

---

Upon the final fee applications in these cases (the "**Final Fee Applications**") of those professionals referenced on **Exhibit A** attached hereto, (the "**Applicants**"), pursuant to sections 327, 328, 330, 331 and 503 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the final allowance of certain fees and expenses incurred, for the period covered by the dates referenced in the Final Fee Applications (the "**Compensation Period**"); and the Court having reviewed the application of each Applicant for allowance of final compensation for professional services and for reimbursement of expenses referenced on **Exhibit A** attached hereto, and any supplements filed with respect thereto (the "**Supplements**"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Applications; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Final Fee Applications are GRANTED to the extent set forth herein.

2. Each of the Applicants is allowed compensation, on a final basis, for services rendered, and reimbursement for actual and necessary expenses incurred, during the Compensation Period and the period described in the Supplements in the amounts listed for "Final Fees Approved" and "Final Expenses Approved" on **Exhibit A**, including any and all holdbacks.

3. The Debtors are authorized to pay, from the Professional Fee Escrow Accounts (as defined in Asset Purchase Agreement, dated July 14, 2023, annexed to Docket No. 660 as Exhibit A), the unpaid portions of such allowed fees and expenses to each of the Applicants listed on

65783/0001-46145523v1

(Page 4)

| | |
|---|---|
| Debtors: | DAVID'S BRIDAL, LLC, *et al.* |
| Case No. | 23-13131-CMG |
| Caption of Order: | OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES |

---

**Exhibit A**; *provided, however*, that any Applicants holding a retainer from the Debtors shall be permitted, and are directed, to first apply the balance of any such retainer towards the payment of such unpaid fees and expenses.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

| APPLICANT AND TITLE | DKT. NO. FOR FINAL FEE APP. / SUPP. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP (Co-Counsel to Debtors) | 798 873 | $2,112,780.50 | $55,292.65 | $2,168,073.15 | $485,161.46 |
| Cole Schotz P.C. (Co-Counsel to Debtors) | 802 871 | $992,059.25 | $10,182.63 | $1,002,241.88 | $345,417.80 |
| Osler, Hoskin & Harcourt LLP (Canadian Counsel to Debtors) | 797 872 | CAD $746,533.94 | CAD $4,393.85 | CAD $750,927.79 | CAD $215,814.87 |
| Berkley Research Group, LLC (Financial Advisor to the Debtors) | 801 874 | $1,138,566.50 | $3,484.17 | $1,142,050.67 | $440,158.81 |
| A&G Realty Partners, LLC (Real Estate Consultant and Advisor to the Debtors) | 806 | $301,203.94 | $0.00 | $301,203.94 | $4,000.00 |
| Deloitte Tax LLP (Tax Advisory Services Provider for the Debtors) | 803 867 | $68,811.80 | $99.12 | $68,910.92 | $68,910.92 |
| Omni Agent Solutions (Administrative Agent to Debtors) | 796 | $35,845.58 | $0.00 | $35,845.58 | $34,463.12 |
| Pachulski Stang Ziehl & Jones LLP (Counsel to Official Committee of Unsecured Creditors) | 799 808 875 | $439,998.00 | $9,722.75 | $449,720.75 | $268,701.33 |
| Province, LLC (Financial Advisor to Official Committee of Unsecured Creditors) | 805 876 | $514,773.00 | $1,251.07 | $516,024.07 | $120,137.00 |

65783/0001-46145523v1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13131-CMG |
| David's Bridal, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 9 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David's Bridal, LLC, 1001 Washington Street, Conshohocken, PA 19428-2356 |
| aty | + Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 29, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Nach | on behalf of Creditor DeRito Talking Stick South LLC adam.nach@lane-nach.com, aimee.bourassa@lane-nach.com;helen.santilli@lane-nach.com;sheila.rochin@lane-nach.com |
| Adam M. Levy | on behalf of Unknown Role Type France Lab Inc. alevy@dglaw.com |
| Alan J. Brody | on behalf of Attorney BANK OF AMERICA N.A. brodya@gtlaw.com NJLitDock@gtlaw.com |
| Amy Elizabeth Vulpio | on behalf of Creditor Google LLC vulpioa@whiteandwilliams.com |
| Angela L Mastrangelo | on behalf of Interested Party CFC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 7 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 9 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Bradford J. Sandler | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com  mseidl@pszjlaw.com;lsc@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com |
| Bradford J. Sandler | on behalf of Other Prof. Province  LLC bsandler@pszjlaw.com, mseidl@pszjlaw.com;lsc@pszjlaw.com |
| Brett Buterick | on behalf of Creditor 4545 Kennedy LLC brett.buterick@gmlaw.com |
| Brett D. Goodman | on behalf of Creditor Kimco Webster Square  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Kimco South Parker 682  Inc. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Maple Grove L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Santee Trolley Square 991  LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Hawthorn Hills Square 1687  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brigette G McGrath | on behalf of Creditor Unique Structures  LLC bmcgrath@askllp.com |
| Christopher Cook | on behalf of Interested Party Spirit Master Funding IV  LLC and Spirit MT Topeka KS, LLC christopher.cook@kattenlaw.com |
| Conrad K. Chiu | on behalf of Creditor Hanover Estates LLC cchiu@pryorcashman.com |
| Damien Nicholas Tancredi | on behalf of Creditor Otay Main Street LLC damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| Daniel L. McAuliffe | on behalf of Creditor Market Town Center Owner LLC dmcauliffe@rmfpc.com  mamato@rmfpc.com;samiel@rmfpc.com |
| David C. Dreifuss | on behalf of Creditor Liberty Mutual Insurance Company ddreifuss@dbplawfirm.com |
| David M Stauss | on behalf of Creditor BMLS Investments  Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David M Stauss | on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David P. Primack | on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor GKT South Denver CPR LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Meridian Towne Center LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Biscayne  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Logan Towne Centre LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| Diane Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com |
| Diane Sanders | |

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 8 of 14

| District/off: 0312-3 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Creditor City of McCallen austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor McClennan County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor Neuces County austin.bankruptcy@lgbs.com

Donald W Clarke

on behalf of Creditor Freehold Investments  LLC (Successor in Interest to Donald S. Schlenger Family Freehold Trust) dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Ellen M. McDowell

on behalf of Creditor The Shops at Collins Square  LLC emcdowell@mcdowelllegal.com, lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com

Ellen M. McDowell

on behalf of Creditor Madison-Flint Properties  LLC emcdowell@mcdowelllegal.com, lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com

Eric S. Chafetz

on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com

Felice R. Yudkin

on behalf of Debtor David's Bridal  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Fred B. Ringel

on behalf of Interested Party Kennewick Associates LP fringel@leechtishman.com

Gary Neil Marks

on behalf of Creditor Freehold Investments  LLC (Successor in Interest to Donald S. Schlenger Family Freehold Trust) gmarks@genovaburns.com

Harry M. Gutfleish

on behalf of Creditor Velocity  A Managed Services Company Inc. harry@gutfleishlaw.com

Ivo Keller

on behalf of Interested Party Hidden Valley Tech Center LLC ivo@ssllawfirm.com

Jack Shrum

on behalf of Creditor Unlimited Residential & Commercial Construction  LLC jshrum@jshrumlaw.com

James N. Lawlor

on behalf of Creditor CPPIB Credit Investments III Inc. jlawlor@wmd-law.com

Jason A. Starks

on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jeffrey Bernstein

on behalf of Creditor Hendon FGV Center  LLC jbernstein@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor SCG-Airport-Davis  LLC jbernstein@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor SCGX-Capital Commons  LLC jbernstein@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor HC Atlantic Development LP jbernstein@mdmc-law.com

Jeffrey Kurtzman

on behalf of Creditor National Realty Corporation; The Goldenberg Group; and PR North Dartmouth LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Springfield Square Central LP kurtzman@kurtzmansteady.com

Jeffrey Schreiber

on behalf of Creditor Post Hill Limited Partnership js@msf-law.com

Jeffrey A. Kramer

on behalf of Creditor Transandina Holdings LLC jkramer@sillscummis.com

Jeffrey C. Wisler

on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey C. Wisler
    on behalf of Creditor G&I X CenterPoint LLC jwisler@connollygallagher.com

Jesse M. Harris
    on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

John O'Boyle
    on behalf of Creditor Erving Ridge Consulting & Development joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John S. Mairo
    on behalf of Creditor Easton Gateway LLC jsmairo@pbnlaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor Northway Mall Properties Sub LLC jsmairo@pbnlaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jordan Seth Blask
    on behalf of Creditor North Academy III LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
    on behalf of Creditor WPG Legacy LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jose A Fernandez
    on behalf of Creditor Royal Cyber Inc. jfernandez@hahnhessen.com

Joseph A McCormick, Jr.
    on behalf of Creditor The Shops at Collins Square LLC jmccormick@mcdowelllegal.com,
    djamison@mcdowelllegal.com;ppflumm@mcdowelllegal.com

Joseph H. Lemkin
    on behalf of Creditor Fillmore Property Group jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor FPIP I LTD. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor 3413 Tittabawassee Road Leasing LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Peoria Rental Properties LLC jlemkin@stark-stark.com

Joseph M. Shapiro
    on behalf of Creditor 10345 Magnolia Ave LLC jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
    on behalf of Creditor The Texas Taxing Authorities jb@ansellgrimm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Kenneth A. Rosen
    on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC krosen@lowenstein.com,
    dclaussen@lowenstein.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kristen Peters Watson
    on behalf of Creditor Elavon Inc kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
    on behalf of Creditor GRI Keizer LLC kwatson@burr.com, jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
    on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
    on behalf of Creditor Manana-CDIT LLC kwatson@burr.com, jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
    on behalf of Creditor 610 & San Felipe Inc. kmcevilly@gibbonslaw.com

Laura J Monroe
    on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com

Lauren Bolcar
    on behalf of Creditor Fayette Town Center LLC lauren.bolcar@quarles.com, catherine.allen@quarles.com

Leslie Carol Heilman

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 10 of 14

| District/off: 0312-3 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor SCG Pinole Valley Shopping Center LLC heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor MT San Antonio I LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Acadia Merrillville Realty heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Fairlawn 35 L.P. heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARCP MT Lafayette IN LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Sunset Hills Owner LLC heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor SOLAR HOLDINGS LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Brixton Pavilion LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor SM Eastland Mall LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Henry Real Estate L.P. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Bethel Properties LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor R46 Realty Associates L.P. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARCP MT Springfield IL LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARC CTCHRNC001 LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor UE Mundy Street LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor FR Pembroke Gardens LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARC SSDLLA001 LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Loren L. Speziale | on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Louis T. DeLucia | on behalf of Creditor EDJE LLC louis.delucia@icemiller.com, john.acquaviva@icemiller.com,alyson.fiedler@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,ryan.hibbard@icemiller.com |
| Louis T. DeLucia | on behalf of Creditor One EDJE LLC louis.delucia@icemiller.com, john.acquaviva@icemiller.com,alyson.fiedler@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,ryan.hibbard@icemiller.com |
| Louis T. DeLucia | |

|  |  |
|---|---|
| | on behalf of Creditor Leading EDJE LLC louis.delucia@icemiller.com, john.acquaviva@icemiller.com,alyson.fiedler@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,ryan.hibbard@icemiller.com |
| Lucian B. Murley | on behalf of Creditor FacilitySource LLC luke.murley@saul.com robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor United Hampshire US Reit Management PTE Ltd. mhall@foxrothschild.com cbrown@foxrothschild.com |
| Mark E. Hall | on behalf of Creditor Grace Development mhall@foxrothschild.com cbrown@foxrothschild.com |
| Mark Edward Hall | on behalf of Creditor United Hampshire US Reit Management PTE Ltd. mhall@foxrothschild.com |
| Michael Dal Lago | on behalf of Creditor CAVA INVESTMENTS LLC mike@dallagolaw.com kim@dallagolaw.com;cmclaughlin@dallagolaw.com;cwise@dallagolaw.com |
| Michael Kwiatkowski | on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar Electric Company Western Massachusetts mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor TECO Peoples Gas System mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Orlando Utilities Commission mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Metropolitan Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 12 of 14

| District/off: 0312-3 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Michael Kwiatkowski | on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Dominion Energy South Carolina mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The Potomac Electric Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Company of North Carolina Incorporated  d/b/a Dominion Energy North Carolina mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael McLaughlin | on behalf of Creditor Winrock Partners  LLC mmclaughlin@mmcllaw.com |
| Michael D. Sirota | on behalf of Debtor Blueprint Registry  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor DBI Holdco II  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor David's Bridal Canada  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor DBI Midco  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor David's Bridal  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor DBI Investors  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael Joseph Cassone | on behalf of Creditor Fillmore Property Group mcassone@cassonelaw.com |
| Michael M. Rosensaft | on behalf of Interested Party Gordon Brothers Retail Partners LLC michael.rosensaft@katten.com |

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 13 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 9 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Nancy Isaacson | on behalf of Creditor Broadway & Pearl LLC nisaacson@greenbaumlaw.com |
| Nicole A. Leonard | on behalf of Creditor Hendon FGV Center LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Nicole A. Leonard | on behalf of Creditor SCG-Airport-Davis LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Nicole A. Leonard | on behalf of Creditor SCGX-Capital Commons LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Owen M. Sonik | on behalf of Creditor Clear Creek Independent School District and City of Houston osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Paul Mandal | on behalf of Creditor Liberty Mutual Insurance Company pmandal@dbplawfirm.com mmancini@dbplawfirm.com |
| Paul R. DeFilippo | on behalf of Creditor CPPIB Credit Investments III Inc. pdefilippo@wmd-law.com |
| Paul Stadler Pflumm | on behalf of Creditor Madison-Flint Properties LLC ppflumm@mcdowelllegal.com, kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Paul Stadler Pflumm | on behalf of Creditor The Shops at Collins Square LLC ppflumm@mcdowelllegal.com, kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Peter J. D'Auria | on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov |
| Robert Braverman | on behalf of Creditor David Weber Co. Inc. d/b/a Weber Display & Packaging rbraverman@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Malone | on behalf of Creditor 610 & San Felipe Inc. rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert L. LeHane | on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Kite Realty Group L.P. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Properties Retail Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Lerner Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Philips International Holding Corp. rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Ronald S. Gellert | on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com abrown@gsbblaw.com;smattia@gsbblaw.com |
| Sari Blair Placona | on behalf of Interested Party Preston Valley View Ltd. splacona@msbnj.com |
| Sari Blair Placona | on behalf of Interested Party Vista Property Company splacona@msbnj.com |

Case 23-13131-CMG    Doc 908    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc
Imaged Certificate of Notice    Page 14 of 14

| District/off: 0312-3 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Scott Fleischer
 on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com

Scott Fleischer
 on behalf of Creditor BCORE Defender PA1MO1 LLC sfleischer@barclaydamon.com

Scott Fleischer
 on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com

Scott Fleischer
 on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com

Scott Fleischer
 on behalf of Creditor B9 PA CMBS Borrower LLC sfleischer@barclaydamon.com

Steven A. Jayson
 on behalf of Creditor DeRito Talking Stick South LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 on behalf of Creditor DeRito Talking Stick South LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Tara J. Schellhorn
 on behalf of Interested Party Something Borrowed Blooms Inc. tschellhorn@riker.com

Thomas S. Onder
 on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor 3413 Tittabawassee Road Leasing LLC tonder@stark-stark.com

Turner Falk
 on behalf of Creditor FacilitySource LLC turner.falk@saul.com catherine.santangelo@saul.com

Turner Falk
 on behalf of Creditor ROF Macon LLC turner.falk@saul.com catherine.santangelo@saul.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Vincent DiMaiolo
 on behalf of Creditor 84 South Retail Center LLC successor in interest to 84 South Mid Box East, LLC vdimaiolo@feinsuch.com

Vincent J. Roldan
 on behalf of Creditor F&L Fiduciary Services LLC vroldan@mblawfirm.com

TOTAL: 191