| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Felice R. Yudkin, Esq.<br>fyudkin@coleschotz.com<br>Jacob S. Frumkin, Esq.<br>jfrumkin@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>(212) 446-4900 Facsimile<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>joshua.sussberg@kirkland.com<br>Christopher T. Greco, P.C. (admitted *pro hac vice*)<br>christopher.greco@kirkland.com<br>Rachael M. Bentley, Esq. (admitted *pro hac vice*)<br>rachael.bentley@kirkland.com<br>-and-<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>(312) 862-2000<br>(312) 862-2200 Facsimile<br>Alexandra Schwarzman, P.C. (admitted *pro hac vice*)<br>alexandra.schwarzman@kirkland.com<br><br>*Counsel to Debtors* |

**Order Filed on September 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, LLC, *et al.*,<br><br>Debtors.<sup>1</sup> | Chapter 11<br>Case No. 23-13131 (CMG)<br>(Jointly Administered) |

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor

65783/0001-46097910v1

**DATED: September 27, 2023**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page (2)
Debtor: DAVID'S BRIDAL, LLC, *et al.*
Case No.: 23-13131 (CMG)
Caption of Order: ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

## ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

---

David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

Page (3)
Debtor: DAVID'S BRIDAL, LLC, *et al.*
Case No.: 23-13131 (CMG)
Caption of Order: ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

---

Pursuant to and in accordance with the *Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Acquired Assets, and (C) Authorizing the Assumption and Assignment of the Assigned Contracts* [Docket No. 660] (the "Sale Order");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served the *Sixth Omnibus Notice of Assumption and Assignment of Certain Executory Contracts* [Docket No. 824] (the "Assumption Notice") in accordance with the terms of the Sale Order in respect of the assumption and assignment of the executory contracts and/or unexpired leases (the "Contracts") set forth on **Exhibit 1** hereto; and no timely objections having been filed to the assumption and assignment of the Contracts; and it appearing that due and adequate notice of the Sale Order and the Assumption Notice has been given, and that no other or further notice need be given; and the Court having determined that the assumptions and assignments provided for herein are an appropriate exercise

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Sale Order.

Page (4)
Debtor: DAVID'S BRIDAL, LLC, *et al.*
Case No.: 23-13131 (CMG)
Caption of Order: ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

---

of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to Section 365 of the Bankruptcy Code and under the terms of the Sale Order and APA as if they were Assigned Contracts, the Contracts listed on Exhibit 1 hereto are hereby assumed and assigned to the Purchasers as of the dates set forth for such Contracts listed on Exhibit 1 hereto.

2. The undisputed portion of the Cure Amount for the applicable Contracts shall be paid as promptly as reasonably practicable, but in any event, within three (3) business days of entry of this Order, with any disputed portions of the Cure Amount to be paid within three (3) business days of the resolution or adjudication of same.

3. The Debtors and Purchasers are authorized to take any action necessary or appropriate to implement the terms of this Order and the assumptions and assignments without further order from this Court.

4. This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

# **EXHIBIT 1**

## **Assumed and Assigned Contracts and Leases**

| Counter Party (Vendor) | Nature of the Contract | Counter Party Address | Total Cure Amount | Assumption Date |
|---|---|---|---|---|
| Seritage SRC Finance LLC | Lease (Store No. 23) Store Location: 1634 State Route 22 Watchung, NJ 7069 | Seritage SRC Finance LLC ATTN: Executive Vice President, Operations & Leasing 550 Fifth Avenue, Suite 1530 New York, NY 10110 | $18,000.00 | September 7, 2023 |
| FB Festival Center LLC | Lease (Store No. 30) Store Location: 6262 Sawmill Road, Dublin, OH 43017 | c/o Plaza Properties Inc. 3016 Maryland Avenue, Columbus, OH 43208 Nicholas L. Vollman, VP Commercial Leasing | $25,970.73 | September 7, 2023 |
| DT Ahwatukee Foothills LLC | Lease (Store No. 96) Store Location: 5043 E. Ray Road Phoenix, AZ 85044 | 3300 Enterprise Parkway, Beachwood, OH 44122 Attn: Executive VP, Leasing | $27,440.62 | September 7, 2023 |
| Belden Park Delaware LLC | Lease (Store No. 133) Store Location: 5514 Dressler Road Canton, OH 44720 | c/o Stark Enterprises, Inc. 629 Euclid Avenue, Suite 1300 Cleveland, OH 44114 Attn: Robert L. Stark | $10,057.16 | September 7, 2023 |
| ICE Holdings LLC | Lease (Store No. 143) Store Location: 6335 Ulali Drive NE, Keizer, OR, 97303 | c/o CBRE, Inc 4400 MacArthur Blvd., Suite 350 Newport Beach, CA 92660 Attn: Imperial Center East Property Manager | $2,000.00 | September 7, 2023 |
| Vestar Alderwood Parkway LLC | Lease (Store No. 153) Store Location: 19225 Alderwood Parkway Plaza, Suite 120, Lynnwood, WA, 98036 | 2415 East Camelback Road, Suite 100 Phoenix, AZ 85016 | $35,213.97 | September 7, 2023 |

| | | | | |
|---|---|---|---|---|
| Mission Valley Square, L.P. | Lease (Store No. 238) Store Location: 980 Camino de la Reina Suite A San Diego, CA 92108 | c/o Cedar Realty Group, 7825 Fay Ave Suite 210, La Jolla, CA 92037 | $27,031.77 | September 7, 2023 |
| R46 Realty Associates, LP | Lease (Store No. 329) 562 US Highway 46 East Totowa, NJ 7512 | c/o AJE Management LLC 72 Schindler Court Parsippany, NJ 07504 | $70,852.52 | September 7, 2023 |
| Unique Structures LLC | Store Construction & Fixtures (Store No. 143) Store Location: Imperial Center East 2500 East Imperial Highway Brea, CA 9282 | 315 Ushers Road Ballston Lake, NY 12019 | $346,281.00 | September 7, 2023 |
| Floors USA | Store Construction & Fixtures (Store No. 143) Store Location: Imperial Center East 2500 East Imperial Highway Brea, CA 9282 | 555 S. Henderson Road King of Prussia, PA 19406 | $31,881.75 | September 7, 2023 |
| Don Penn Consulting Engineer | Store Construction & Fixtures (Store No. 143) Store Location: Imperial Center East 2500 East Imperial Highway Brea, CA 9282 | 1301 Solana Blvd., Bld. 1-1420 Westlake, TX 76262 | $250.00 | September 7, 2023 |
| Computer Design & Integ LLC | Information Technology Services | P.O. Box 23246 New York, NY 10087-3246 | $67,641.11 | September 7, 2023 |
| LivePerson | Information Technology Services | 475 Tenth Avenue 5th Floor New York, NY 10018 | $0.00 | September 7, 2023 |

65783/0001-46097910v1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13131-CMG
David's Bridal, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1
Date Rcvd: Sep 27, 2023    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David's Bridal, LLC, 1001 Washington Street, Conshohocken, PA 19428-2356 |
| aty | + Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023    Signature:    /s/Gustava Winters