Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 23−13131−CMG
                Chapter: 11
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David's Bridal, LLC
   fka David's Bridal, Inc.
   1001 Washington Street
   Conshohocken, PA 19428

Social Security No.:

Employer's Tax I.D. No.:
   65−0214563

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 30, 2024</u>　　　　　　　　<u>Christine M. Gravelle</u>
                                              Judge, United States Bankruptcy Court