Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−13131−CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David's Bridal, LLC
    fka David's Bridal, Inc.
    1001 Washington Street
    Conshohocken, PA 19428

Social Security No.:

Employer's Tax I.D. No.:
    65−0214563

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3C, Martin Luther King Jr Federal Building, 50 Walnut Street, Courtroom 3C, Newark, NJ 07102

on 7/14/26 at 10:00 AM

to consider and act upon the following:

*919* − Motion to Reopen Case re: Other. Fee Amount $ 1167. Filed by Stephen Jay Steinlight on behalf of David's Bridal, LLC.. (Attachments: # 1 Exhibit Sale Order # 2 Exhibit B − APA # 3 Exhibit C − Draft Motion to Enforce # 4 Exhibit D − Arkansas Complaint # 5 Proposed Order) (Steinlight, Stephen)

Dated: 6/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 23-13131-CMG

David's Bridal, LLC                                                                      Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 11

Date Rcvd: Jun 18, 2026                       Form ID: ntchrgbk                          Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David's Bridal, LLC, 1001 Washington Street, Conshohocken, PA 19428-2356 |
| aty | + | BANK OF AMERICA N.A., Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1024 |
| aty | + | James W. Carpenter, Angelo & Banta, P.A., 515 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, FL 33301-4221 |
| aty | | John C. Cannizzaro, ICE MILLER LLP, 250 West State Street, Ste. 700, Columbus, OH 43215 |
| aty | + | Kevin M Newman, Barclay Damon Tower, 125 East Jefferson St., Syracuse, NY 13202-2515 |
| aty | + | Roger F. Friedman, RUTAN & TUCKER, LLP, 18575 Jamboree Road, 9th Floor, Irvine, CA 92612-2559 |
| aty | + | Ronald E Gold, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| aty | + | Trey A Monsour, FOX ROTHSCHILD LLP, Saint Ann Court, 2501 North Harwood Street, Ste. 1800 Dallas, TX 75201-1613 |
| cr | | 10345 Magnolia Ave LLC, c/o Middlebrooks Shapiro, P.C., P.O. Box 1630, Belmar, NJ 07719-1630 |
| intp | + | 1903P Loan Agent, LLC and 1903 Partners, LLC, c/o Lowenstein Sandler LLP, Attn: Kenneth A. Rosen, Esq., One Lowenstein Drive, Roseland, NJ 07068-1791 |
| cr | + | B9 PA CMBS Borrower LLC, c/o Singer & Levick, P.C., Attn: Michelle E. Shriro, 16200 Addison Road, Suite 140, Addison, TX 75001-5377 |
| cr | + | BCORE Defender PA1MO1, LLC, c/o Singer & Levick, P.C., Attn: Michelle E. Shriro, 16200 Addision Road, Suite 140, Addison, TX 75001-5377 |
| op | #+ | Berkeley Research Group, LLC, 99 High Street, 27th Floor, Boston, MA 02110-2325 |
| intp | + | CPT Arlington Highlands 1, LP, c/o Lowenstein Sandler LLP, Attn: Eric S. Chafetz, Esq., 1251 Avenue of the Americas, New York, NY 10020-0086 |
| op | | Deloitte Tax, LLP, 2830 El Camino Real, Suite 600, San Diego, CA 92130 |
| cr | + | Elavon Inc, c/o Richard A. Robinson, 222 Delaware Avenue, Suite 1030, Wilmington, DE 19801-1611 |
| cr | + | Erving Ridge Consulting & Development, 3009 East Highland Drive, Ste. B, Jonesboro, AR 72401-6388 |
| cr | + | GRI Keizer, LLC, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | Google LLC, c/o White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7304 |
| cr | + | Hanover Estates LLC, c/o Pryor Cashman LLP - Attn Conrad Chiu, 7 Times Square, New York, NY 10036-6524 |
| intp | + | Hidden Valley Tech Center LLC, c/o SSL Law Firm LLP, 505 Montgomery Street, Suite 620, San Francisco, CA 94111-6545 |
| r | + | Jones Lang LaSalle, 1700 Market Street, Suite 3232, Philadelphia, PA 19103-3931 |
| cr | + | Liberty Mutual Insurance Company, Care of Dreifuss, Bonacci & Parker, 26 Columbia Turnpike, Suite 101 North Entrance, Florham Park, NJ 07932-2213 |
| cr | + | Madison-Flint Properties, LLC, One Towne Square, Suite 1200, Southfield, MI 48076-3708 |
| cr | + | Manana-CDIT, LLC, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | Market Town Center Owner LLC, c/o Ruskin Moscou Faltischek, P.C., 1425 RXR Plaza, Uniondale, NY 11556-1425 |
| cr | + | North Academy III, LLC, c/o A.J. Webb, Frost Brown Todd LLP, 301 E. Fourth Street, Suite 3300 Cincinnati, OH 45202-4257 |
| op | | Osler, Hoskin & Harcourt LLP, 100 King Street West, 1 First Danadian Place, Suite 6200, P.O. Box 50, Toronto, M5X 1B8 ONTARIO |
| cr | + | Peoria Rental Properties, LLC, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| sp | + | Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074-7718 |
| cr | + | Skyland Legacy, LLC, Attn: Anne Dyer, 556 Stone Pony Lane, Knoxville, TN 37919-7591 |
| intp | + | Something Borrowed Blooms, Inc., Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | The Shops at Collins Square, LLC, c/o Cushman & Wakefield, 3737 Woodland Ave., Suite #100, West Des Moines, IA 50266-1937 |
| cr | + | The Texas Taxing Authorities, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 306, Houston, TX 77253-3064 UNITED STATES 77001-0306 |
| cr | | Township of Whitehall, c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| cr | + | United Hampshire US Reit Management PTE Ltd., c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |

| District/off: 0312-3 | User: admin | Page 2 of 11 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: ntchrgbk | Total Noticed: 50 |

cr            +   Winrock Partners, LLC, Winrock Town Center, 2100 Louisiana Blvd NE, Albuquerque, NM 87110-5486

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jun 18 2026 21:08:35 | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | ^ MEBN | Jun 18 2026 21:10:53 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| cr | ^ MEBN | Jun 18 2026 21:10:48 | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | + Email/Text: jdryer@bernsteinlaw.com | Jun 18 2026 21:19:00 | Duquesne Light Company, Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + Email/Text: kwillis@barclaydamon.com | Jun 18 2026 21:20:00 | Inland Commercial Real Estate Services, L.L.C., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | Email/Text: bankruptcy@kerncounty.com | Jun 18 2026 21:19:00 | Kern County Treasurer and Tax Collector Office, ATTN: Bankruptcy Division, c/o Rachel Medrano, PO Box 579, Bakersfield, CA 93302-0579 |
| cr | + Email/Text: dpapiez@foxrothschild.com | Jun 18 2026 21:20:00 | Microsoft Corporation, c/o David Papiez, Fox Rothschild LLP, 1001 4th Ave., Suite 4400, Seattle, WA 98154-1192 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Jun 18 2026 21:19:00 | National Realty Corporation; The Goldenberg Group;, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: tammy.jones@oklahomacounty.org | Jun 18 2026 21:19:00 | Oklahoma County Treasurer, Tammy Jones, 320 Robert S. Kerr Avenue, Room 307, Oklahoma City, OK 73102-3441 |
| na | ^ MEBN | Jun 18 2026 21:11:13 | Omni Agent Solutions, Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| cr | ^ MEBN | Jun 18 2026 21:09:41 | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Jun 18 2026 21:19:00 | Springfield Square Central LP, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: WPGBankruptcy@fbtlaw.com | Jun 18 2026 21:19:00 | WPG Legacy, LLC, C/O Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 E. Fourth Street, Cincinnati, OH 45202-4257 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Kirkland & Ellis LLP and Kirkland & Ellis Internat |
| cr | | Barb Casper |
| op | | Houlihan Lokey Capital, Inc. |
| op | *+ | Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074-7718 |
| sp | ##+ | A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410, Melville, NY 11747-3601 |

District/off: 0312-3                          User: admin                                    Page 3 of 11

Date Rcvd: Jun 18, 2026                      Form ID: ntchrgbk                              Total Noticed: 50

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Nach | on behalf of Creditor DeRito Talking Stick South  LLC adam.nach@lane-nach.com, aimee.bourassa@lane-nach.com;helen.santilli@lane.nach.com;sheila.rochin@lane.nach.com |
| Adam M. Levy | on behalf of Unknown Role Type France Lab  Inc. alevy@dglaw.com |
| Alan J. Brody | on behalf of Attorney BANK OF AMERICA N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Amy Elizabeth Vulpio | on behalf of Creditor Google LLC avulpio@stradley.com |
| Angela L Mastrangelo | on behalf of Interested Party CFC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Bradford J. Sandler | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Other Prof. Province  LLC bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com |
| Brett Buterick | on behalf of Creditor 4545 Kennedy LLC brett@thefranchisefirm.com |
| Brett D. Goodman | on behalf of Creditor KIR Maple Grove L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor CFH Realty III/Sunset Valley  L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor Kimco South Parker 682  Inc. bgoodman@polsinelli.com, nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor Santee Trolley Square 991  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor KIR Soncy L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor Hawthorn Hills Square 1687  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor Kimco Webster Square  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com |
| Brett D. Goodman | on behalf of Creditor KIR Tukwila L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com |

Brigette G McGrath

on behalf of Creditor Unique Structures  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Christopher Cook

on behalf of Interested Party Spirit Master Funding IV  LLC and Spirit MT Topeka KS, LLC christopher.cook@kattenlaw.com

Conrad K. Chiu

on behalf of Creditor Hanover Estates LLC cchiu@pryorcashman.com

Damien Nicholas Tancredi

on behalf of Creditor Otay Main Street LLC damien.tancredi@flastergreenberg.com
damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com

Daniel L. McAuliffe

on behalf of Creditor Market Town Center Owner LLC dmcauliffe@rmfpc.com  mamato@rmfpc.com;samiel@rmfpc.com

David C. Dreifuss

on behalf of Creditor Liberty Mutual Insurance Company ddreifuss@dbplawfirm.com

David M Stauss

on behalf of Creditor BMLS Investments  Inc. david.stauss@huschblackwell.com,
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss

on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com,
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David P. Primack

on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor GKT South Denver CPR LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Logan Towne Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Meridian Towne Center LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

Diane Sanders

on behalf of Creditor Neuces County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor McClennan County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor City of McCallen austin.bankruptcy@lgbs.com

Donald W Clarke

on behalf of Creditor Freehold Investments  LLC (Successor in Interest to Donald S. Schlenger Family Freehold Trust)
dclarke@pashmanstein.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com;gkarnick@pashmanstein.com

Ellen M. McDowell

on behalf of Creditor The Shops at Collins Square  LLC emcdowell@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Ellen M. McDowell

on behalf of Creditor Madison-Flint Properties  LLC emcdowell@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Eric S. Chafetz

on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com, elawler@lowenstein.com

Felice R. Yudkin

on behalf of Debtor David's Bridal  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Fred B. Ringel

on behalf of Interested Party Kennewick Associates LP fringel@leechtishman.com

Gary Neil Marks

on behalf of Creditor Freehold Investments  LLC (Successor in Interest to Donald S. Schlenger Family Freehold Trust)

gmarks@genovaburns.com

Harry M. Gutfleish

    on behalf of Creditor Velocity  A Managed Services Company Inc. harry@gutfleishlaw.com

Ivo Keller

    on behalf of Interested Party Hidden Valley Tech Center LLC ikeller@sflaw.com

Jack Shrum

    on behalf of Creditor Unlimited Residential & Commercial Construction  LLC jshrum@jshrumlaw.com

James N. Lawlor

    on behalf of Creditor CPPIB Credit Investments III Inc. jlawlor@wmd-law.com

Jason A. Starks

    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jeffrey Bernstein

    on behalf of Creditor HC Atlantic Development LP jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

    on behalf of Creditor SCG-Airport-Davis  LLC jbernstein@mdmc-law.com,
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

    on behalf of Creditor Hendon FGV Center  LLC jbernstein@mdmc-law.com,
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

    on behalf of Creditor SCGX-Capital Commons  LLC jbernstein@mdmc-law.com,
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Kurtzman

    on behalf of Creditor Springfield Square Central LP kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

    on behalf of Creditor National Realty Corporation; The Goldenberg Group; and PR North Dartmouth LLC
kurtzman@kurtzmansteady.com

Jeffrey Schreiber

    on behalf of Creditor Post Hill Limited Partnership js@mss-pllc.com

Jeffrey A. Kramer

    on behalf of Creditor Transandina Holdings LLC jkramer@sillscummis.com

Jeffrey C. Wisler

    on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler

    on behalf of Creditor G&I X CenterPoint LLC jwisler@connollygallagher.com

Jeffrey C. Wisler

    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jesse M. Harris

    on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

John O'Boyle

    on behalf of Creditor Erving Ridge Consulting & Development joboyle@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John S. Mairo

    on behalf of Creditor Easton Gateway  LLC jmairo@fbtgibbons.com, emunera@fbtgibbons.com

John S. Mairo

    on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@fbtgibbons.com, emunera@fbtgibbons.com

Jordan Blask

    on behalf of Creditor North Academy III  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

    on behalf of Creditor WPG Legacy  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jose A Fernandez

    on behalf of Creditor Royal Cyber Inc. jfernandez@hahnhessen.com

Joseph A McCormick, Jr.

    on behalf of Creditor The Shops at Collins Square  LLC jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph H. Lemkin

District/off: 0312-3                               User: admin                                    Page 6 of 11

Date Rcvd: Jun 18, 2026                         Form ID: ntchrgbk                              Total Noticed: 50

on behalf of Creditor 3413 Tittabawassee Road Leasing  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Fillmore Property Group jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Peoria Rental Properties  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor FPIP I  LTD. jlemkin@stark-stark.com

Joseph M. Shapiro

on behalf of Creditor 10345 Magnolia Ave LLC jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner

on behalf of Creditor The Texas Taxing Authorities hneumann@mblawfirm.com

Kenneth A. Rosen

on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC ken@kenrosenadvisors.com,
dclaussen@lowenstein.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Peters Watson

on behalf of Creditor Manana-CDIT  LLC kwatson@burr.com, jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Elavon Inc kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor GRI Keizer  LLC kwatson@burr.com, jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly

on behalf of Creditor 610 & San Felipe Inc. kmcevilly@connellfoley.com

Laura J Monroe

on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com

Lauren Bolcar

on behalf of Creditor Fayette Town Center  LLC lauren.bolcar@quarles.com, catherine.allen@quarles.com

Leslie Carol Heilman

on behalf of Creditor Sunset Hills Owner LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SCG Pinole Valley Shopping Center LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SM Eastland Mall  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC SSDLLA001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARCP MT Lafayette IN  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor R46 Realty Associates  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE Mundy Street LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Bethel Properties  LLC HeilmanL@ballardspahr.com,

District/off: 0312-3                              User: admin                                          Page 7 of 11

Date Rcvd: Jun 18, 2026                          Form ID: ntchrgbk                                    Total Noticed: 50

vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Acadia Merrillville Realty HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairlawn 35 L.P. HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Henry Real Estate  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARCP MT Springfield IL  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor FR Pembroke Gardens  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC CTCHRNC001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SOLAR HOLDINGS  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixton Pavilion  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MT San Antonio I  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Loren L. Speziale

on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Louis T. DeLucia

on behalf of Creditor Leading EDJE  LLC louis.delucia@icemiller.com,
john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Louis T. DeLucia

on behalf of Creditor One EDJE  LLC louis.delucia@icemiller.com,
john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Louis T. DeLucia

on behalf of Creditor EDJE  LLC louis.delucia@icemiller.com,
john.acquaviva@icemiller.com,lauren.eastburn@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Lucian B. Murley

on behalf of Creditor FacilitySource LLC luke.murley@akerman.com  robyn.warren@saul.com

Mark E. Hall

on behalf of Creditor United Hampshire US Reit Management PTE Ltd. mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall

on behalf of Creditor Grace Development mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark Edward Hall

on behalf of Creditor United Hampshire US Reit Management PTE Ltd. mhall@foxrothschild.com

Mark S. Lichtenstein

on behalf of Creditor Ronis Brothers Sewing Machine Corp. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Michael Dal Lago

on behalf of Creditor CAVA INVESTMENTS LLC mike@dallagolaw.com
kim@dallagolaw.com;cmclaughlin@dallagolaw.com;cwise@dallagolaw.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

District/off: 0312-3                          User: admin                                    Page 8 of 11
Date Rcvd: Jun 18, 2026                     Form ID: ntchrgbk                          Total Noticed: 50

on behalf of Creditor Orlando Utilities Commission mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Constellation NewEnergy  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Potomac Electric Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar (East) Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor TECO Peoples Gas System mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Metropolitan Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Dominion Energy South Carolina mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

District/off: 0312-3                              User: admin                                        Page 9 of 11

Date Rcvd: Jun 18, 2026                        Form ID: ntchrgbk                            Total Noticed: 50

Michael Kwiatkowski

on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of North Carolina Incorporated  d/b/a Dominion Energy North Carolina
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com
crodriguez@cullenllp.com

Michael McLaughlin

on behalf of Creditor Winrock Partners  LLC mmclaughlin@mmcllaw.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor David's Bridal  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor David's Bridal Canada  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor DBI Investors  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor DBI Midco  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Blueprint Registry  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor DBI Holdco II  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschot
z.com;ddelehanty@coleschotz.com

Michael Joseph Cassone

on behalf of Creditor Fillmore Property Group mcassone@cassonelaw.com

Michael M. Rosensaft

on behalf of Interested Party Gordon Brothers Retail Partners LLC michael.rosensaft@katten.com

Nancy Isaacson

on behalf of Creditor Broadway & Pearl  LLC nisaacson@greenbaumlaw.com

Nicole A. Leonard

on behalf of Creditor SCGX-Capital Commons  LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com

Nicole A. Leonard

on behalf of Creditor Hendon FGV Center  LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com

Nicole A. Leonard

on behalf of Creditor SCG-Airport-Davis  LLC nleonard@mdmc-law.com, gbressler@mdmc-law.com

Owen M. Sonik

on behalf of Creditor Clear Creek Independent School District and City of Houston osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paul Mandal

on behalf of Creditor Liberty Mutual Insurance Company pmandal@dbplawfirm.com  mmancini@dbplawfirm.com

Paul R. DeFilippo

on behalf of Creditor CPPIB Credit Investments III Inc. pdefilippo@wmd-law.com

District/off: 0312-3                                    User: admin                                              Page 10 of 11
Date Rcvd: Jun 18, 2026                              Form ID: ntchrgbk                                    Total Noticed: 50

Paul Stadler Pflumm

on behalf of Creditor Madison-Flint Properties  LLC ppflumm@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Paul Stadler Pflumm

on behalf of Creditor The Shops at Collins Square  LLC ppflumm@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Peter J. D'Auria

on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Robert Braverman

on behalf of Creditor David Weber Co.  Inc. d/b/a Weber Display & Packaging rbraverman@mcdowelllegal.com,
tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;fbeal@mcd
owlllegal.com;bravermanrr62202@notify.bestcase.

Robert Malone

on behalf of Creditor 610 & San Felipe Inc. rmalone@connellfoley.com  nmitchell@gibbonslaw.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Kite Realty Group  L.P. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Philips International Holding Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Ronald S. Gellert

on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Sari Blair Placona

on behalf of Interested Party Preston Valley View  Ltd. splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Vista Property Company splacona@msbnj.com

Scott Fleischer

on behalf of Creditor B9 PA CMBS Borrower LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor BCORE Defender PA1MO1  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Stephen Jay Steinlight

on behalf of Debtor David's Bridal  LLC Stephen.steinlight@troutman.com

Steven A. Jayson

on behalf of Creditor DeRito Talking Stick South  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Creditor DeRito Talking Stick South  LLC Trustee@msklaw.net,

District/off: 0312-3                          User: admin                                    Page 11 of 11
Date Rcvd: Jun 18, 2026                       Form ID: ntchrgbk                               Total Noticed: 50

nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Tara J. Schellhorn

on behalf of Interested Party Something Borrowed Blooms  Inc. tjschellhorn@pbnlaw.com,
mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;pnbalala@pbnlaw.com;kmdunn@pbnlaw.com

Thomas Benjamin Humphries

on behalf of Creditor Mishorim Gold Jacksonville  LP tbhumphries@csattorneys.com

Thomas S. Onder

on behalf of Creditor 3413 Tittabawassee Road Leasing  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Turner Falk

on behalf of Creditor FacilitySource LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor ROF Macon LLC turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vincent DiMaiolo

on behalf of Creditor 84 South Retail Center LLC  successor in interest to 84 South Mid Box East, LLC vdimaiolo@feinsuch.com

Vincent J. Roldan

on behalf of Creditor F&L Fiduciary Services LLC vroldan@mblawfirm.com


TOTAL: 194