<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Stephen J. Steinlight (N.J. Bar No. 028852001)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

James K. Donaldson, Esq.
   (*pro hac vice submitted*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA  23219
Telephone: (804) 697-1200
jed.donaldson@troutman.com

*Counsel for David's Bridal, Inc.*

</td></tr>
<tr><td>

*In re*:

DAVID'S BRIDAL, LLC, *et al*.,

   *Debtors*.[1]

</td><td>

Chapter 11

Case No. 23-13131-CMG

(Jointly Administered)

Hon. Christine M. Gravelle

</td></tr>
</table>

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF JAMES K. DONALDSON

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the

admission *pro hac vice* of James K. Donaldson of the law firm of Troutman Pepper Locke LLP,

as proposed counsel to David's Bridal, Inc. in the above-captioned chapter 11 case. In support of

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

this application, counsel submits the attached Certification of James K. Donaldson and requests

that the proposed form of order submitted herewith be entered. Counsel certifies that he is

admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

DATED: July 20, 2026                          Respectfully submitted,

                                               /s/ Stephen J. Steinlight
                                              Stephen J. Steinlight (N.J. Bar No. 028852001)
                                              TROUTMAN PEPPER LOCKE LLP
                                              875 Third Avenue
                                              New York, NY  10022
                                              Telephone: (212) 704-6008
                                              stephen.steinlight@troutman.com

                                              James K. Donaldson, Esq.
                                                  (*pro hac vice forthcoming*)
                                              TROUTMAN PEPPER LOCKE LLP
                                              1001 Haxall Point, Suite 1500
                                              Richmond, VA  23219
                                              Telephone: (804) 697-1200
                                              jed.donaldson@troutman.com

                                              *Counsel to David's Bridal, Inc.*

2

## CERTIFICATION OF SERVICE

I, Stephen J. Steinlight, hereby certify that on this 20th day of July, 2026, I caused the

foregoing Application and supporting documents to be served by this Court's CM/ECF System.


*/s/ Stephen J. Steinlight*
Stephen J. Steinlight