**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Stephen J. Steinlight (N.J. Bar No. 028852001)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

James K. Donaldson, Esq.
    (*pro hac vice submitted*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA  23219
Telephone: (804) 697-1200
jed.donaldson@troutman.com

*Counsel for David's Bridal, Inc.*

| | |
|---|---|
| *In re*: | Chapter 11 |
| DAVID'S BRIDAL, LLC, *et al*., | Case No. 23-13131-CMG |
| *Debtors*.[2] | (Jointly Administered) |
| | Hon. Christine M. Gravelle |

### CERTIFICATION OF JAMES K. DONALDSON
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

James K. Donaldson, of full age, does hereby certify as follows:

1.      I am an attorney with the law firm of Troutman Pepper Locke LLP.

2.      I submit this Certification in support of the application to appear *pro hac vice* in the

above-captioned bankruptcy cases.

---

[2] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

3. I am admitted to practice law in the Commonwealth of Virginia and am admitted to practice before the courts of the Commonwealth of Virginia, the U.S. Bankruptcy Court for the Eastern District of Virginia, the U.S. Bankruptcy Court for the Western District of Virginia, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Western District of Virginia, and the U.S. Court of Appeals for the Fourth Circuit.

4. I am a member in good standing of the bar of the Commonwealth of Virginia (admitted October 20, 2010).

5. I agree to associate in this matter with New Jersey counsel, Stephen J. Steinlight of Troutman Pepper Locke LLP, who is qualified to practice pursuant to Local Civil Rule 1:21-1.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I agree to:

   a. Abide by all New Jersey disciplinary rules;

   b. Consent to the appointment of the Clerk of the Supreme Court as the agent upon whom service may be made for all actions against me or my firm that may arise out of my participation in this matter;

   c. Notify the Court immediately of any matters affecting my standing at the Bar of any other Court;

   d. Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey; and

   e. Comply with Local Civil Rule 1:20-l(b), Local Civil Rule 1:28-2 and Local Civil Rule 1:28B-l(e) during the period of my admission.

8. If admitted, I agree to pay such fees as shall have been prescribed by the Court.

2

9.      I respectfully request that the Court grant the application seeking my admission *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED: July 20, 2026

 */s/ James K. Donaldson*
James K. Donaldson