UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

Counsel for David's Bridal, Inc.

| | |
|---|---|
| In Re:<br><br>DAVID'S BRIDAL, LLC, et al.,<br><br>    Debtors. | Case No.:      23-13131-CMG<br><br>Adv. Pro. No.: _____<br><br>Chapter:            11<br><br>Subchapter V:    ❏ Yes  ☒ No<br><br>Hearing Date:  August 4, 2026<br><br>Judge:      Hon. Christine M. Gravelle |

### ADJOURNMENT REQUEST

1.    I, _____ Stephen J. Steinlight _____,

☒  am the attorney for: _____ David's Bridal, Inc. _____,

❏  am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Motion to Reopen Main Chapter 11 Case

Current hearing date and time: August 4, 2026, 10:00 a.m.

New date requested: September 15, 2026, 10:00 a.m.

Reason for adjournment request: Movant requires additional time to confer with Debtors.

_____

2.    Consent to adjournment:

☒  I have the consent of all parties.   ❏  I do not have the consent of all parties (explain below):

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: ___July 31, 2026_____     /s/ Stephen J. Steinlight_____
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

                                           September 15, 2026 at 10:00 a.m.
☒  Granted              New hearing date: _____     ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____     ❑ Peremptory

❑  Denied

   **IMPORTANT: If your request is granted, you must notify interested parties**

   **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2