**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

James K. Donaldson, Esq.
  (*pro hac vice pending*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA  23219
Telephone: (804) 697-1200
jed.donaldson@troutman.com

*Counsel for David's Bridal, Inc.*

| | |
|---|---|
| *In re*: | Chapter 11 |
| DAVID'S BRIDAL, LLC, *et al.*, | Case No. 23-13131-CMG |
| *Debtors*.[1] | (Jointly Administered) |
| | **Hearing Date:  September 15, 2026**<br>**Hearing Time: 10:00 a.m. (ET)** |
| | Hon. Christine M. Gravelle |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO REOPEN

**PLEASE TAKE NOTICE** that on June 17, 2026, David's Bridal, Inc. (together with all affiliates and subsidiaries, the "Purchaser"), the purchaser of substantially all of the assets of David's Bridal, LLC and its affiliated debtors (the "Debtors"), filed with the Court a Motion to Reopen Main Chapter 11 Case (the "Motion"; ECF No. 919), pursuant to 11 U.S.C. §§ 105(a) and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure.  If you need a copy of the Motion, then please contact the undersigned counsel for the Purchaser, or you may obtain a copy through the Court's PACER CM/ECF website: https://ecf.njb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, previously set for August 4, 2026, has been CONTINUED AND ADJOURNED to **September 15, 2026, at 10:00 AM (Eastern Time)** (the "Hearing").  There will be no hearing on August 4, 2026, and that hearing has been cancelled.  The Hearing will take place before the Honorable Christine M. Gravelle, U.S. Bankruptcy Judge, at the U.S. Bankruptcy Court, Courtroom 3, 402 East State Street, Trenton, New Jersey 08608, Zoom Link: https://njb-uscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1, Meeting ID: 161 864 0151, Passcode: 069541. Further instructions may be found at: https://www.njb.uscourts.gov/hearingdate/Gravelle.shtml.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the Motion, or if you want the Court to consider your views, then you, or your attorney, must file with the clerk at the address listed below a written response explaining your position no later than **September 8, 2026** (the "Objection Deadline"), which is seven (7) days prior to the Hearing. You should also consult the Case Management Procedures, approved and authorized by the Court's April 17, 2023 *Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures And (II) Granting Related Relief* (ECF No. 59), as well as the Court's Local Rules.

If you are not able to access the CM/ECF Filing System, then your response should be served upon

the Bankruptcy Court and counsel to David's Bridal, Inc., Debtors, and the Trustee as follows:

Clerk of the Court
United States Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ  08608

-and-

Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022

-and-

Michael D. Sirota
Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601

-and-

Kirkland & Ellis LLP
601 Lexington Avenue
|New York, NY 10022-4643

-and-

Office of the United States Trustee
Peter J D'Auria
Fran B Steele
One Newark Center, Suite 2100
Newark, NJ  07102

If you mail your response to the Clerk for filing, then you must mail it early enough so the

Court will receive it on or before the Objection Deadline.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and**

**discuss them with your attorney, if you have one.  If you do not have an attorney, you may**

**wish to consult one.**

3

If you, or your attorney, do not take the steps outlined above, the court may decide that you

do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED: August 3, 2026                    Respectfully submitted,

                                            */s/ Stephen J. Steinlight*

Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

James K. Donaldson, Esq.
   (*pro hac vice pending*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA  23219
Telephone: (804) 697-1200
jed.donaldson@troutman.com

*Counsel to David's Bridal, Inc.*