| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Stephen J. Steinlight<br>TROUTMAN PEPPER LOCKE LLP<br>875 Third Avenue<br>New York, NY  10022<br>Telephone: (212) 704-6008<br>stephen.steinlight@troutman.com<br><br>James K. Donaldson, Esq.<br>     (*pro hac vice pending*)<br>TROUTMAN PEPPER LOCKE LLP<br>1001 Haxall Point, Suite 1500<br>Richmond, VA  23219<br>Telephone: (804) 697-1200<br>jed.donaldson@troutman.com<br><br>*Counsel for David's Bridal, Inc.* | |
| *In re*:<br><br>DAVID'S BRIDAL, LLC, *et al.*,<br><br>     *Debtors*.[1] | Chapter 11<br><br>Case No. 23-13131-CMG<br><br>(Jointly Administered)<br><br>Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1.      I, Linda Kwon:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Troutman Pepper Locke LLP, who represents David's Bridal, Inc.

☐ am the _____ in this matter and representing myself.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

1

2.	On August 3, 2026, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

- *Notice of Adjournment of Hearing on Motion to Reopen*

3.	I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 3, 2026	*/s/ Linda Kwon*
	Linda Kwon

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Michael D. Sirota<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>Phone: 201 489-3000<br>Email: msirota@coleschotz.com<br>Email: fyudkin@coleschotz.com | Counsel for Debtor<br>David's Bridal, LLC | U.S. Mail |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4643 | Counsel for Debtor<br>David's Bridal, LLC | U.S. Mail |
| Office of the United States Trustee<br>Peter J D'Auria<br>Fran B Steele<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Peter.J.D'Auria@usdoj.gov<br>Fran.B.Steele@usdoj.gov | United States Trustee | U.S. Mail |
| Neil A. Miller<br>NEIL A. MILLER, P.C.<br>2401 West Big Beaver Rd., Suite 100<br>Troy, MI 48084-3304<br>Phone: (248) 649-0211<br>Email: neil@neilmillerlaw.com<br>Email: jkowalski@neilmillerlaw.com<br>Email: mthomas@neilmillerlaw.com | Counsel for<br>Jon Plank and Lindsay Plank | U.S. Mail |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Donald C. Brownell<br>Rick J. Patterson<br>Noah S. Zeidan<br>VANDEVEER GARZIA, P.C.<br>840 W. Long Lake Rd., Suite 600<br>Troy, MI 48098-6340<br>Phone: (248) 312-2800<br>Email: dbrownell@vgpclaw.com<br>Email: rpatterson@vgpclaw.com<br>Email: nzeidan@vgpclaw.com<br>Email: lblankenship@vgpclaw.com | Counsel for<br>Meyer C. Weiner Co. and Villa View, LLC | U.S. Mail |
| Thomas G. Cardelli<br>Anthony F. Caffrey<br>Abigail C. Wasil<br>CARDELLI LANFEAR P.C.<br>2800 Livernois, Suite 610<br>Troy, MI 48083<br>Phone: (248) 544-1100<br>Email: tcardelli@cardellilaw.com<br>Email: acaffrey@cardellilaw.com<br>Email: awasil@cardellilaw.com | Counsel for<br>CBRE and Facility Source, LLC | U.S. Mail |