UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

Counsel for David's Bridal, Inc.

In Re:

DAVID'S BRIDAL, LLC, et al.,

Debtors.

Case No.: 23-13131-CMG

Chapter: 11

Hearing Date: September 15, 2026

Judge: Hon. Christine M. Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Motion to Reopen Main Chapter 11 Case (ECF No. 919; see attached supplement).

Date: September 11, 2026

*/s/ Stephen J. Steinlight*
Signature

*rev.8/1/15*