**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D. N.J. LBR 9004-1(b)**

Stephen J. Steinlight
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com

James K. Donaldson, Esq.
(*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
jed.donaldson@troutman.com

*Counsel for David's Bridal, Inc.*

| | |
|---|---|
| *In re*: | Chapter 11 |
| DAVID'S BRIDAL, LLC, *et al*., | Case No. 23-13131-CMG |
| *Debtors*.[1] | (Jointly Administered) |
| | Hon. Christine M. Gravelle |

## SUPPLEMENT TO STATUS CHANGE FORM

David's Bridal, Inc. (together with all affiliates and subsidiaries, the "Purchaser"), the purchaser of substantially all of the assets of David's Bridal, LLC and its affiliated debtors (the "Debtors"), withdraws *without prejudice*, its *Motion To Reopen Main Chapter 11 Case*, filed with the Court on June 17, 2026 (the "Motion to Reopen"). (ECF No. 919.) For summary purposes only, the Purchaser has resolved pending litigation and disputes that implicated the Purchaser's

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: David's Bridal, LLC (4563); DBI Midco, Inc. (7392); DBI Holdco II, Inc. (7512); DBI Investors, Inc. (3857); David's Bridal Canada, Inc. (N/A); and Blueprint Registry, LLC (2335). The location of debtor David's Bridal, LLC's principal place of business and the debtors' service address in these chapter 11 cases is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

rights and remedies under the Court's *Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Acquired Assets, and (C) Authorizing the Assumption and Assignment of the Assigned Contracts* entered on July 17, 2023 (the "Sale Order"). (ECF No. 660.) Accordingly, at this time, the Purchaser does not need relief from this Court to enforce the Sale Order. The withdrawal of the Motion to Reopen is without prejudice to any of the Purchaser's rights, claims, remedies, and defenses, including, without limitation, those in connection with any pending, or threatened, litigation or demands in Arkansas, Michigan, or other venues; the Purchaser, together with all affiliates, insiders, employees, agents, and representatives, reserves all its rights, claims, remedies, and defenses for all purposes.